## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                          :      Chapter 11
                                                :
HANCOCK FABRICS, INC., *et al.*,[1]             :      Case No. 16-_____ (___)
                                                :
                            Debtors.            :
                                                :      Joint Administration Requested
                                                :
                                                :

-------------------------------------------------------------x

### DEBTORS' MOTION FOR ENTRY OF AN
### ORDER (I) AUTHORIZING PAYMENT OF CERTAIN
### PREPETITION TAXES AND (II) GRANTING RELATED RELIEF

Hancock Fabrics, Inc. ("**Hancock Fabrics**") and its affiliated debtors and debtors

in possession (collectively, the "**Debtors**"), respectfully request entry of an order, under

Bankruptcy Code sections 105(a), 363(b), 507(a) and 541, (i) authorizing payment in full, and in

cash, of prepetition sales, use, income, and property taxes, annual report fees and regulatory fees,

and all other similar obligations (collectively, the "**Prepetition Taxes**"), to various federal, state,

and local authorities (collectively, the "**Taxing Authorities**") in the ordinary course of the

Debtors' businesses, in an amount not to exceed $2,975,000 (the "**Prepetition Taxes Cap**"), and

(ii) granting certain related relief.[2]  In support of this Motion, the Debtors rely on and incorporate

by reference the *Declaration of Dennis Lyons in Support of the Debtors' Chapter 11 Petition and*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563).  The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] The Debtors have also filed *Debtors' Motion for Entry of Interim and Final Orders (i) Authorizing the Debtors to (a) Pay Certain Employee Compensation and Benefits and (b) Maintain and Continue Such Benefits and Other Employee-Related Programs and (ii) Authorizing Financial Institutions to Honor and Process all Related Checks and Transfers*, which seeks, among other things, authority to pay all local, state, and federal withholding and payroll-related or similar taxes relating to the prepetition periods.

*First Day Pleadings* (the "**First Day Declaration**"), filed concurrently with this Motion.[3]  In further support of the Motion, the Debtors, by and through their undersigned counsel, respectfully represent:

## JURISDICTION & VENUE

1.      This Court has jurisdiction to consider this motion under 28 U.S.C. §§ 157 and 1334, and venue is proper under 28 U.S.C. §§ 1408 and 1409.  This is a core proceeding under 28 U.S.C. § 157(b).[4]

## BACKGROUND

2.      On February 2, 2016 (the "**Petition Date**"), each of the Debtors filed a voluntary petition with this Court for relief under chapter 11 of the Bankruptcy Code.  The Debtors continue to manage and operate their businesses as debtors in possession under Bankruptcy Code sections 1107 and 1108.

3.      The Debtors operate more than 260 stores in 37 states under the name of "Hancock Fabrics," a large national fabric and specialty retailer offering an extensive selection of high-quality fashion and home decorating textiles, sewing accessories, needlecraft supplies and sewing machines, along with in-store sewing advice.  Founded in 1957, the Debtors' corporate headquarters and national distribution center are located in Baldwyn, Mississippi.

4.      Additional information on the Debtors' business and capital structure, as well as a description of the reasons for filing these cases and the Debtors' goals for these cases, is set forth in the First Day Declaration.

---

[3] Capitalized terms not otherwise defined in this Motion have the meanings used in the First Day Declaration.

[4] Under rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), the Debtors hereby confirm their consent to the entry of a final order by this Court in connection with this Motion if it is later determined that this Court, absent consent of the parties, cannot enter final orders or judgments in connection therewith consistent with Article III of the United States Constitution.

OMM_US:74640721.10
RLF1 13819194v.1

## RELIEF REQUESTED

5.    By this Motion, the Debtors seek entry of an order—as proposed in Exhibit A—under Bankruptcy Code sections 105(a), 363(b), 507(a) and 541, authorizing the Debtors to pay the Prepetition Taxes they owe to the Taxing Authorities, including all Prepetition Taxes subsequently determined upon audit to be owed for periods prior to the Petition Date, in an amount not to exceed the applicable Prepetition Taxes Cap.

6.    Further, the Debtors request that this Court authorize all applicable banks and other financial institutions to receive, process, honor, and pay all checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts prior to the Petition Date for Prepetition Taxes (or to reissue checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts, as may be necessary), and authorize the banks and financial institutions to rely on the Debtors' representations as to which checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts are subject to this Motion, *provided that* sufficient funds are on deposit in the applicable bank accounts to cover such payments.

## BASIS FOR RELIEF REQUESTED

## I.    FACTS SPECIFIC TO RELIEF REQUESTED

7.    As corporate entities, the Debtors incur various tax liabilities and fees and in the past have generally paid such tax liabilities and fees to the relevant Taxing Authority in the ordinary course of business.  A schedule identifying the Taxing Authorities appears as Exhibit B to this Motion.[5]  Certain Prepetition Taxes are currently outstanding or will become due and

---

[5] Although it is intended to be comprehensive, the possibility exists that Debtors could have inadvertently omitted a Taxing Authority from Exhibit B.  By this Motion, the Debtors request relief regarding taxes and fees payable to all Taxing Authorities, even if a Taxing Authority is not specifically identified on Exhibit B.

OMM_US:74640721.10
RLF1 13819194v.1

payable in the ordinary course of business during the postpetition period. By this Motion, the Debtors seek authority to pay $2,975,000 of such Prepetition Taxes, which the Debtors seek authority to pay during the first 21 days of these cases.

8.    The Debtors are subject to the following taxes:

(a)    Sales and Use Taxes. During the ordinary course of business, the Debtors collect and remit certain taxes related to the sale, use, and consumption of goods and services arising from the sale, use, and purchase of products, inventory, supplies, or other goods in the Debtors' businesses. Specifically, the Debtors collect and remit sales and consumption taxes to the Taxing Authorities in connection with the operation of their businesses. The Debtors also incur use taxes when they purchase materials and services from a vendor that is not registered to collect sales taxes for the state where the property is delivered or the services are provided. In this circumstance, the vendors are not obligated to charge or remit sales taxes. As purchasers, however, the Debtors must self-assess and pay the use taxes, when applicable, to the appropriate Taxing Authority. The Debtors estimate that as of the Petition Date, approximately $2,150,000 in sales and use taxes has accrued and remains unpaid for the prepetition period.[6]

(b)    Property Taxes. Where the Debtors have operations and real and personal property, the Debtors are subject to property tax levied by state and local governments. The Debtors typically pay property taxes for the prior year or quarter depending on how the relevant tax is assessed. The Debtors estimate that as of the Petition Date, approximately $750,000 in property taxes has accrued and remains unpaid for the prepetition period.

(c)    Federal and State Income Taxes. The Debtors incur federal and state income tax liabilities. These corporate income taxes are assessed on each Debtor entity's income and either withheld and remitted monthly or paid annually to the applicable Taxing Authority depending on the jurisdiction. The Debtors estimate that as of the Petition Date, there are no accrued and unpaid income taxes.

(d)    State Franchise Taxes; Business License, Reporting, and Regulatory Fees. Many state and local Taxing Authorities require the payment of certain franchise taxes, as well as business license, reporting, and regulatory fees,

---

[6] In the ordinary course of business, the Debtors sometimes undergo audits and reviews conducted by the various Taxing Authorities. Although the current estimate is based on a good faith assessment of the existing amounts due on a prepetition basis, there is a possibility—because of audit rights—that one or more of the various Taxing Authorities may determine at a later date that the Debtors owe additional prepetition sales or use taxes. The Debtors request authority to pay any undisputed amounts that are later determined to be due.

4

for the Debtors to remain in good standing for purposes of conducting business within the applicable jurisdiction. The Debtors estimate that as of the Petition Date, approximately $60,000 in franchise taxes and business license, reporting, statutory and regulatory fees has accrued and remains unpaid for the prepetition period.

(e)     <u>Unemployment Taxes</u>.  Federal and state Taxing Authorities impose unemployment taxes for employer-funded unemployment and compensation programs. The Taxing Authorities calculate the unemployment taxes based on various tax rates assessed against the amount of wages paid in those jurisdictions in which the Debtors operate. The Debtors estimate that as of the Petition Date, approximately $15,000 in unemployment taxes has accrued and remains unpaid for the prepetition period.

9.      By paying Prepetition Taxes where feasible on their normal due dates, the Debtors will ultimately preserve their estates' resources and going-concern values. If the Debtors do not make timely payments, they may have to spend time and money resolving a multitude of issues related to these obligations, including whether (i) the obligations are priority, secured, or unsecured; (ii) the obligations are proratable or fully prepetition or postpetition; and (iii) penalties, interest, attorneys' fees, and costs can continue to accrue on a postpetition basis, and if so, whether the penalties, interest, attorneys' fees, and costs are priority, secured, or unsecured. Where possible, the Debtors understandably want to avoid these unnecessary potential disputes.

## II.    LEGAL BASIS FOR RELIEF REQUESTED

### A.    <u>Funds Related to Certain Prepetition Taxes May Be Held in Trust and Are Not Property of the Estate</u>

10.     Certain Prepetition Taxes the Debtors seek authority to pay, such as sales and use taxes, are collected or withheld by the Debtors and may be held in trust for the benefit of the applicable Taxing Authority. Accordingly, these Prepetition Taxes are not property of the Debtors' estates under Bankruptcy Code section 541, and such funds are therefore not available for the satisfaction of creditors' claims. *See, e.g., Begier v. IRS*, 496 U.S. 53 (1990) (withholding

taxes are property held by debtor in trust for another and, as such, not property of the debtors' estates); *City of Farrell v. Sharon Steel Corp.*, 41 F.3d 92, 95 (3d Cir. 1994) (withheld taxes were subject to a trust); *Al Copeland Enters., Inc. v. Tex. (In re Al Copeland Enters.)*, 991 F.2d 233, 235 (5th Cir. 1993) (debtors' prepetition collection of sales taxes and interest thereon were held subject to trust and not property of estate); *In re Am. Int'l Airways, Inc.*, 70 B.R. 102, 103 (Bankr. E.D. Pa. 1987) (excise and withholding taxes are "trust fund" taxes); *see generally Official Comm. of Unsecured Creditors of the Columbia Gas Transmission Corp. v. Columbia Gas Sys., Inc. (In re Columbia Gas Sys. Inc.)*, 997 F.2d 1039, 1060 (3d Cir. 1993) (indicating that even if a statute does not establish an express trust, a constructive trust may be found). Instead, the Debtors may be obligated to remit such funds to the applicable Taxing Authority.

11.     Many federal, state, and local statutes also impose personal liability on officers and directors of companies for certain Prepetition Taxes such entities owe.  To the extent that the relevant Prepetition Taxes remain unpaid by the Debtors, the Debtors' directors, officers, and executives may be subject to lawsuits or criminal prosecution during the pendency of these chapter 11 cases.[7]  Any such lawsuit or criminal prosecution (and the ensuing potential liability) would distract the Debtors and their officers, directors, and executives from devoting their full attention to the Debtors' businesses and the orderly administration of these chapter 11 cases. The Debtors believe that these distractions would materially and adversely affect their ability to operate in the ordinary course of business and to administer these chapter 11 cases, with resulting detriment to all parties in interest.

---

[7] The Debtors reserve all rights, claims and defenses relating to any assertion of liability with respect to the Debtors' directors, officers and executives.

OMM_US:74640721.10
RLF1 13819194v.1

B.    **Payment of the Prepetition Taxes Is Appropriate Under Bankruptcy Code Sections 363(b) and 105(a) and the Doctrine of Necessity**

12.    To the extent that use of the property of the Debtors' estates is implicated here, the relief requested is appropriate under Bankruptcy Code sections 363(b) and 105(a) and the "doctrine of necessity."

13.    Under Bankruptcy Code section 363(b)(1), a debtor may, in the exercise of its sound business judgment and after notice and a hearing, "use, sell or lease, other than in the ordinary course of business, property of the estate." 11 U.S.C. § 363(b)(1); *see also Official Comm. of Unsecured Creditors of LTV Aerospace & Defense Co. v. LTV Corp. (In re Chateaugay Corp.)*, 973 F.2d 141, 143 (2d Cir. 1992) (holding that a court may approve an application under section 363(b) upon a showing of a good business reason for the disposition). For a court to apply Bankruptcy Code section 363(b), the debtor must "articulate some business justification, other than mere appeasement of major creditors . . . ." *In re Ionosphere Clubs, Inc.*, 98 B.R. 174, 175 (Bankr. S.D.N.Y. 1989) (ruling that debtor's payment of prepetition claims was necessary to protect its business and to ensure successful reorganization).

14.    Likewise, Bankruptcy Code section 105(a) empowers the Court to "issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of [the Bankruptcy Code]." 11 U.S.C. § 105(a). A bankruptcy court's use of its equitable powers to "authorize the payment of pre-petition debt when such payment is needed to facilitate the rehabilitation of the debtor is not a novel concept." *Ionosphere Clubs*, 98 B.R at 175. Section 105 permits a court to authorize the "pre-plan payment of a pre-petition obligation when essential to the continued operation of the debtor." *In re NYR L.P.*, 147 B.R. 126, 127 (Bankr. E.D. Va. 1992) (*citing Ionosphere Clubs*, 98 B.R. at 177).

OMM_US:74640721.10
RLF1 13819194v.1

15.     The Debtors submit that payment of Prepetition Taxes is necessary and appropriate and may be authorized under Bankruptcy Code sections 363(b) and 105(a) pursuant to the "doctrine of necessity." In a chapter 11 case, the doctrine of necessity is a mechanism by which the bankruptcy court can exercise its equitable power to allow payment of prepetition claims. *See In re Lehigh & New England Ry. Co.*, 657 F.2d 570, 581 (3d Cir. 1981) (holding that a court may authorize payment of prepetition claims when payment is essential to the continued operation of a debtor, such as where there is a "possibility that the creditor will employ an immediate economic sanction, failing such payment"); *In re Penn Cent. Transp. Co.*, 467 F.2d 100, 102 n.1 (3d Cir. 1972) (holding that the doctrine of necessity "permit[s] immediate payment of claims of creditors where those creditors will not supply services or material essential to the conduct of the business until their pre-reorganization claims shall have been paid"); *In re Just for Feet, Inc.*, 242 B.R. 821, 824 (D. Del. 1999) (noting that section 105 and the doctrine of necessity provide courts with authority to permit payment of prepetition claims necessary to facilitate a successful reorganization); *In re Columbia Gas Sys., Inc.*, 171 B.R. 189, 191-92 (Bankr. D. Del. 1994) (noting that debtors may pay prepetition claims that are essential to continued operation of business). The rationale for the doctrine of necessity is consistent with the paramount goal of chapter 11 — "facilitating the continued operation and rehabilitation of the debtor." *Ionosphere Clubs*, 98 B.R. at 176.

16.     The relief requested in this Motion represents a sound exercise of the Debtors' business judgment and is necessary for the preservation of the resources and going-concern values of their estates. If the Debtors do not pay their Prepetition Taxes, the respective Taxing Authorities may prevent the Debtors from conducting business in applicable jurisdictions, subject the Debtors to audits, seek to lift the automatic stay, and perhaps impose

8

liens, all of which would disrupt the Debtors' operations and harm all parties in interest. Moreover, to the extent that the Prepetition Taxes are secured by liens on the Debtors' property, interest and penalties may continue to accrue postpetition. *See* 11 U.S.C. § 506(b); *United States v. Ron Pair Enters., Inc.*, 489 U.S. 235, 238-49 (1989) (holding that Bankruptcy Code section 506(b) entitles a creditor to receive postpetition interest on a nonconsensual oversecured claim allowed in a bankruptcy case). By paying Prepetition Taxes, the Debtors may actually reduce the amounts ultimately paid to the Taxing Authorities because prompt payment will avoid the imposition of liens and accrual of interest and penalties on which the Prepetition Taxes. Courts in this District have routinely authorized payment of prepetition taxes and fees.[8]

17.    Payment of the Prepetition Taxes is also appropriate given that a significant portion of them, as discussed below, are afforded priority status. Moreover, the amounts paid will likely be offset by the amount of postpetition resources that the Debtors will not have to be expend in disputes with the Taxing Authorities—complications that, in the context of these cases, would needlessly waste the resources of the Debtors and this Court.

## C.    The Prepetition Taxes Constitute Priority Claims Under Bankruptcy Code Section 507(a)(8)

18.    Certain Prepetition Taxes are entitled to priority status under Bankruptcy Code section 507(a)(8) and must be satisfied before any general unsecured claims against the Debtors' estates. 11 U.S.C. §§ 507(a)(8), 726.[9]    To the extent that the Prepetition Taxes are

---

[8] *In re Coldwater Creek Inc.*, No. 14-10867 (BLS) (Bankr. D. Del. Apr. 14, 2014); *In re Brookstone Holdings Corp.*, No. 14-10752 (BLS) (Bankr. D. Del. Apr. 4, 2014); *In re Quantum Foods, LLC*, No. 14-10318 (KJC) (Bankr. D. Del. Feb. 20, 2014); *In re Event Rentals, Inc.*, No. 14-10282 (PJW) (Bankr. D. Del. Feb. 18, 2014); *In re F & H Acquisition Corp.*, No. 13-13220 (KG) (Bankr. D. Del. Dec. 17, 2013); *In re EWGS Intermediary, LLC*, No. 13-12876 (MFW) (Bankr. D. Del. Nov. 5, 2013); *In re Longview Power, LLC*, No. 13-12211 (BLS) (Bankr. D. Del. Sept. 4, 2013); *In re Rural/Metro Corp.*, No. 13-11952 (KJC) (Bankr. D. Del. Aug. 6, 2013).

[9] Bankruptcy Code section 507(a)(8) affords priority to, among other things, unsecured claims of governmental units for (i) taxes on or measured by income or gross receipts for a taxable year ending on or before the Petition Date (§ 507(a)(8)(A)); (ii) property taxes incurred before the Petition Date and last payable without penalty after one year

entitled to priority treatment under section 507(a)(8), the Taxing Authorities may also attempt to assess additional accrued fees, interest, and penalties. *See* 11 U.S.C. § 507(a)(8)(G) (granting priority status to a "penalty related to a claim of a kind specified in this paragraph and in compensation for actual pecuniary loss"). Accordingly, payment of the Prepetition Taxes merely expedites the treatment these claims are entitled to and is consistent with the priority scheme of the Bankruptcy Code. Further, it will spare the Debtors the cost of paying any additional accrued amounts to which the Taxing Authorities may be entitled.

    **D.**    **The Debtors Should Be Authorized to Pay the Prepetition Taxes Under Bankruptcy Code Sections 1107(a) and 1108**

    19.    The Debtors are operating their businesses as debtors in possession under Bankruptcy Code sections 1107(a) and 1108, and therefore, they are fiduciaries "holding the bankruptcy estate[s] and operating the business[es] for the benefit of [their] creditors and (if the value justifies) [their] equity owners." *In re CoServ LLC*, 273 B.R. 487, 497 (Bankr. N.D. Tex. 2002). A chapter 11 debtor in possession has the implicit duty "to protect and preserve the estate, including an operating business's going-concern value." *Id.*

    20.    Courts have noted that a debtor in possession can, in certain instances, fulfill its fiduciary duty "only . . . by the preplan satisfaction of a prepetition claim." *Id.* The *CoServ* court specifically noted that preplan satisfaction of prepetition claims would be a valid exercise of a debtor's fiduciary duty when the payment "is the only means to effect a substantial enhancement of the estate." *Id.* The court provided a three-prong test for determining whether a preplan payment on account of a prepetition claim was a valid exercise of a debtor's fiduciary duty:

---

before the Petition Date (§ 507(a)(8)(B)); (iii) taxes required to be collected or withheld and for which the debtor is liable in whatever capacity, (§ 507(a)(8)(C)); and (iv) under certain circumstances, employment taxes on wages, salaries, or commissions (§ 507(a)(8)(D)).

OMM_US:74640721.10
RLF1 13819194v.1

> First, it must be critical that the debtor deal with the claimant. Second, unless it deals with the claimant, the debtor risks the probability of harm, or, alternatively, loss of economic advantage to the estate or the debtor's going concern value, which is disproportionate to the amount of the claimant's prepetition claim. Third, there is no practical or legal alternative by which the debtor can deal with the claimant other than by payment of the claim.

*Id.* at 498.

21.    Payment of the Prepetition Taxes here meets each element outlined in *CoServ*. First, it is critical that the Debtors deal with the Taxing Authorities because, as described above, the Taxing Authorities likely maintain secured or priority claims against the Debtors for the Prepetition Taxes. If they do not pay the Prepetition Taxes, the Debtors anticipate that the Taxing Authorities may act precipitously, instituting audits, bringing litigation, and creating numerous other administrative issues. Second, failure to timely pay the Prepetition Taxes may economically disadvantage the Debtors because (i) the time and expense that the Debtors would need to devote to any audit or litigation instituted by a Taxing Authority over unpaid Prepetition Taxes could far outweigh any savings from the temporary non-payment of such Prepetition Taxes and (ii) interest and penalties may accrue on the Prepetition Taxes. Accordingly, the potential harm and economic disadvantage that would stem from the failure to pay the Prepetition Taxes could be disproportionate to the amount of any prepetition claim that may be paid. Finally, with respect to each Taxing Authority, the Debtors have examined other options short of payment of Prepetition Taxes and have determined that, to avoid expense and disruption of the Debtors' business operations, there may be no practical or legal alternative to paying the Prepetition Taxes. Therefore, the Debtors may justifiably determine that they can meet their fiduciary duties as debtors in possession under Bankruptcy Code sections 1107(a) and 1108 only by paying the Prepetition Taxes.

11

22.     For these reasons, the Debtors submit that the requested relief is reasonable and necessary.

23.     The Debtors submit that because the relief requested in this Motion is necessary to avoid immediate and irreparable harm to the Debtors for the reasons set forth herein, Rule 6003 of the Federal Rules of Bankruptcy Procedure has been satisfied.

## RESERVATION OF RIGHTS

24.     Nothing contained in this Motion is an admission of the validity of any claim against the Debtors, a waiver of the Debtors' or any other party's rights to dispute any claim, or an approval or assumption of any agreement, contract, or lease under Bankruptcy Code section 365.  If this Court grants the relief requested in this Motion, any court authorized payment is not an admission of the validity of any claim or a waiver of the Debtors' or any other party's rights to subsequently dispute such claim.  In addition, authorization to pay the claims described in this Motion shall not be deemed a direction to the Debtors to pay such claims.

## NOTICE

25.     The Debtors will provide notice of this Motion by facsimile, e-mail, overnight delivery, or hand delivery to: (i) the Office of the United States Trustee for the District of Delaware; (ii) the parties listed in Exhibit B hereto;  (iii) the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis; (iv) counsel to Wells Fargo Bank, National Association, as Administrative and Collateral Agent; (v) counsel to GACP Finance Company, LLC, as Term Agent; (vi) counsel to Deutsche Bank National Trust Company, as trustee under the indenture for the Floating Rate Series A Secured Notes due 2017, Emmet, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, New York 10271 (Attn: Margery A. Colloff, Esq.); (vii) John A. Bicks, Esq., K&L Gates, as counsel to certain secured

OMM_US:74640721.10
RLF1 13819194v.1

noteholders, and (viii) all parties entitled to notice pursuant to Local Rule 9013-1(m). Following the hearing, a copy of this Motion and any order entered with respect to it will be served on the foregoing parties and all parties having filed requests for notice in these chapter 11 cases. A copy of the Motion is also available on the Debtors' case website at https://www.kccllc.net/hancockfabrics.com.

26.    As this Motion is seeking "first day" relief, notice of this Motion and any order entered hereon will be served on all parties required by Local Rule 9013-1(m). Due to the urgency of the relief requested, the Debtors submit that no other or further notice is necessary.

## NO PRIOR MOTION

27.    The Debtors have not made any prior motion for the relief sought in this Motion to this Court or any other.

13

The Debtors respectfully request entry of an order granting the relief requested in its entirety and any other relief as is just and proper.

Dated:    February 2, 2016
          Wilmington, Delaware

                            */s/ Michael J. Merchant*
                            **RICHARDS, LAYTON & FINGER, P.A.**
                            Mark D. Collins (No. 2981)
                            Michael J. Merchant (No. 3854)
                            One Rodney Square
                            920 North King Street
                            Wilmington, DE  19801
                            Telephone:   (302) 651-7700
                            Facsimile:   (302) 651-7701

                            - and -

                            **O'MELVENY & MYERS LLP**
                            Stephen H. Warren (*pro hac vice* pending)
                            Karen Rinehart (*pro hac vice* pending)
                            Michael S. Neumeister (*pro hac vice* pending)
                            400 South Hope Street
                            Los Angeles, CA  90071-2899
                            Telephone:   (213) 430-6000
                            Facsimile:   (213) 430-6407

                            Proposed Attorneys for the
                            Debtors and Debtors in Possession

**Exhibit A**

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------x

In re:                                          :          Chapter 11
                                                :
HANCOCK FABRICS, INC., *et al.*,[1]             :          Case No. 16-_____ (___)
                                                :
                        Debtors.                :
                                                :          Joint Administration Requested
                                                :
                                                :

------------------------------------------------------------x

## ORDER (I) AUTHORIZING PAYMENT OF CERTAIN
## PREPETITION TAXES AND (II) GRANTING RELATED RELIEF

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this

"**Order**"), pursuant to Bankruptcy Code sections 105(a), 363(b), 507(a) and 541, (i) authorizing

the Debtors to pay in full, and in cash, certain Prepetition Taxes and (ii) granting certain related

relief, as more fully set forth in the Motion; and due and sufficient notice of the Motion having

been provided under the particular circumstances, and it appearing that no other or further notice

need be provided; and the Court having jurisdiction to consider the Motion and the relief

requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the

Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and

that this Court may enter an order consistent with Article III of the United States Constitution;

and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing

having been held to consider the relief requested in the Motion (the "**Hearing**"); and upon the

First Day Declaration, the record of the Hearing, and all the proceedings before the Court; and

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

the Court having found and determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Debtors are authorized to pay any and all Prepetition Taxes owed to the Taxing Authorities and related to periods prior to the Petition Date in the ordinary course of business in an aggregate amount not to exceed $2,975,000 (the **"Prepetition Taxes Cap"**); provided that the Debtors are not authorized to pay any Prepetition Taxes that were past due as of the Petition Date absent further order from the Court.

3.      The Debtors' banks and financial institutions are authorized to receive, process, honor, and pay all checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts prior to the Petition Date for Prepetition Taxes that had not been honored and paid as of the Petition Date (or to reissue checks, drafts, electronic fund transfers, or other forms of payment drawn or issued on the Debtors' bank accounts, as may be necessary), and are authorized to rely on the Debtors' representations as to which checks, drafts, transfers, or other forms of payment drawn or issued on the Debtors' bank accounts are subject to this Order, *provided that* sufficient funds are on deposit in the applicable bank accounts to cover such payments.

4.      Nothing in the Motion or this Order or the relief granted (including any actions taken or payments made by the Debtors) shall be construed as (i) an admission of the validity of any claim against the Debtors; (ii) an admission with respect to the validity, extent, or

2

perfection of any lien; (iii) a waiver of the Debtors' rights or those of any party in interest to dispute, contest, setoff, or recoup any claim, or assert any rights, claims, or defenses related thereto; (iv) a waiver of the Debtors' rights or those of any party in interest over the validity, extent, perfection, or possible avoidance of any lien; or (v) an approval or assumption of any agreement, contract, program, policy, or lease under Bankruptcy Code section 365.

5.     Nothing in the Motion or this Order shall prejudice the Debtors' right to request further authority from this Court, after notice and an opportunity for a hearing, to pay any Prepetition Taxes in excess of the Prepetition Taxes Cap.

6.     Nothing herein amends that certain Debtor-in-Possession Credit Agreement dated on or about February 2, 2016 by and among, *inter alia*, the Debtors, Wells Fargo Bank, N.A. as Administrative Agent, Collateral Agent and Swing Line Lender, and GACP Finance Co., LLC, as Term Agent (the "**DIP Credit Agreement**") (including without limitation any budget incorporated therein) or any order of this Court approving the DIP Credit Agreement (including without limitation any budget incorporated therein).

7.     The requirements set forth in Federal Rule of Bankruptcy Procedure 6004(a) are hereby waived.

8.     Notwithstanding the applicability of Federal Rule of Bankruptcy Procedure 6004, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.     The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

RLF1 13819194v.1

10.     This Court shall retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated:   Wilmington, Delaware
                _____, 2016


_____
UNITED STATES BANKRUPTCY JUDGE

**Exhibit B**

**Taxing Authorities**

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| ADA COUNTY TREASURER, BOISE, ID | Personal / Real Property Tax |
| AL DEPARTMENT OF REVENUE, MONTGOMERY, AL | Sales Tax |
| ALLEN COUNTY TREASURER, FORT WAYNE, IN | Personal / Real Property Tax |
| ANDERSON COUNTY TAX COLLECTOR, ANDERSON SC | Personal / Real Property Tax |
| ANNE ARUNDEL COUNTY, ANNAPOLIS, MD | Personal / Real Property Tax |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | Sales Tax |
| ATHENS-CLARKE COUNTY, ATHENS, GA | Business License / Permit |
| AUGUSTA LICENSE & INSPECTION, GA | Business License / Permit |
| AZ DEPARTMENT OF REVENUE, PHOENIX, AZ | Sales Tax |
| BALDWIN COUNTY REVENUE COMMISSIONER. ATLANTA, GA | Personal / Real Property Tax |
| BELL COUNTY TAX APPRAISAL DIST., BELTON, TX | Personal / Real Property Tax |
| BENTON COUNTY TAX COLLECTOR, BENTONVILLE, AR | Personal / Real Property Tax |
| BERNALILLO COUNTY TREASURER, ALBUQUERQUE, NM | Personal / Real Property Tax |
| BEXAR COUNTY TAX ASSESSOR-COLLECTOR, SAN ANTONIO, TX | Personal / Real Property Tax |
| BIBB COUNTY TAX COMMISSIONER, MACON, GA | Personal / Real Property Tax |
| BOULDER COUNTY TREASURER, BOULDER, CO | Personal / Real Property Tax |
| BREVARD COUNTY TAX COLLECTOR, TITUSVILLE, FL | Business License / Permit Personal / Real Property Tax |
| BROWN COUNTY TREASURER, GREEN BAY, WI | Personal / Real Property Tax |
| BUNCOMBE COUNTY, ASHEVILLE, NC | Personal / Real Property Tax |
| BUREAU OF HOME FURNISHINGS, SACRAMENTO, CA | Business License / Permit |
| CA BOARD OF EQUALIZATION, SACRAMENTO, CA | Sales Tax |
| CABARRUS COUNTY TAX COLLECTOR, CHARLOTTE, NC | Personal / Real Property Tax |
| CADDO PARISH, SHREVEPORT, LA | Personal / Real Property Tax |
| CADDO-SHREVEPORT SALES AND USE TAX COMMISSION, SHREVEPORT, LA | Sales Tax |
| CALCASIEU PARISH SALES AND USE TAX DEPARTMENT, LAKE CHARLES, LA | Sales Tax |
| CALCASIEU PARISH, SHERIFF AND TAX COLLECTOR, LA | Personal / Real Property Tax |
| CAMPBELL COUNTY SHERIFF, NEWPORT KY | Personal / Real Property Tax |

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CANADIAN COUNTY TREASURER, EL RENO, OK | Personal / Real Property Tax |
| CAPE GIRARDEAU COUNTY COLLECTOR, JACKSON, MO | Personal / Real Property Tax |
| CAPE GIRARDEAU COUNTY, JACKSON, MO | Business License / Permit |
| CASS COUNTY COLLECTOR, HARRISONVILLE, MO | Personal / Real Property Tax |
| CATAWBA COUNTY, CHARLOTTE, NC | Personal / Real Property Tax |
| CHARLES COUNTY, LA PLATA MD | Business License / Permit |
| CHARLES COUNTY TREASURER, LA PLATA, MD | Personal / Real Property Tax |
| CHARLESTON COUNTY TREASURER, COLUMBIA, SC | Personal / Real Property Tax |
| CHARLOTTE CITY-MECKLENBURG COUNTY TAX COLLECTOR, CHARLOTTE, NC | Business License / Permit |
| CHARLOTTE COUNTY TAX COLLECTOR, PORT CHARLOTTE, FL | Business License / Permit; Personal / Real Property Tax |
| CHATHAM COUNTY TAX COMMISSIONER, ATLANTA, GA | Personal / Real Property Tax |
| CIRCUIT CLERK-WICOMICO COUNTY, MARK S BOWEN, SALISBURY, MD | Business License / Permit |
| CIRCUIT COURT ANNE ARUNDEL COUNTY, ROBERT P. DUCKWORTH, CLERK, ANNAPOLIS, MD | Business License / Permit |
| CITY OF ACWORTH, ACWORTH, GA | Business License / Permit |
| CITY OF ALBUQUERQUE, ALBUQUERQUE, NM | Business License / Permit |
| CITY OF ALEXANDRIA, LA | Personal / Real Property Tax |
| CITY OF ANDERSON, ANDERSON, SC | Business License / Permit |
| CITY OF ASHEBORO, ASHEBORO, NC | Business License / Permit |
| CITY OF ASHEVILLE, ASHEVILLE, NC | Business License / Permit |
| CITY OF ATLANTA, GA | Business License / Permit |
| CITY OF BAKERSFIELD, CA | Business License / Permit |
| CITY OF BALDWYN, MS | Personal / Real Property Tax |
| CITY OF BATON ROUGE, LA | Business License / Permit |
| CITY OF BATON ROUGE-PARISH OF EAST BATON ROUGE DEPT OF FINANCE-REV DIV, BATON ROUGE, LA | Sales Tax |
| CITY OF BAYTOWN, TX | Business License / Permit |
| CITY OF BEND, OR | Business License / Permit |
| CITY OF BILLINGS, MT | Business License / Permit |
| CITY OF BILOXI, MS | Business License / Permit |
| CITY OF BIRMINGHAM, AL | Business License / Permit |
| CITY OF BOSSIER CITY, LA | Business License / Permit |
| CITY OF BOWLING GREEN, KY | Personal / Real Property Tax |
| CITY OF CAPE GIRARDEAU, MO | Business License / Permit |
| CITY OF CHARLESTON, SC | Business License / Permit |

RLF1 13819194v.1

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CITY OF CHATTANOOGA, TN | Personal / Real Property Tax |
| CITY OF CHESAPEAKE, VA | Business License / Permit; Personal / Real Property Tax |
| CITY OF CLARKSVILLE, TN | Personal / Real Property Tax |
| CITY OF CLOVIS, CA | Business License / Permit |
| CITY OF COLORADO SPRINGS, CO | Sales Tax |
| CITY OF COLUMBIA, SC | Business License / Permit |
| CITY OF CULLMAN, AL | Business License / Permit |
| CITY OF DAPHNE, AL | Business License / Permit |
| CITY OF DAVENPORT, IA | Business License / Permit |
| CITY OF DECATUR, BIRMINGHAM, AL | Business License / Permit |
| CITY OF DOTHAN, AL | Business License / Permit |
| CITY OF DURHAM, NC | Business License / Permit |
| CITY OF ELIZABETHTOWN, KY | Business License / Permit; Personal / Real Property Tax |
| CITY OF FAYETTEVILLE, NC | Business License / Permit |
| CITY OF FLORENCE, SC | Business License / Permit |
| CITY OF FRESNO, CA | Business License / Permit |
| CITY OF GAINESVILLE, GA | Business License / Permit; Personal / Real Property Tax |
| CITY OF GARLAND, TX | Business License / Permit; Personal / Real Property Tax |
| CITY OF GREENSBORO, NC | Business License / Permit |
| CITY OF GREENVILLE, NC | Business License / Permit |
| CITY OF GREENVILLE, SC | Business License / Permit |
| CITY OF GREENWOOD, SC | Business License / Permit |
| CITY OF GRETNA, LA | Business License / Permit; Personal / Real Property Tax |
| CITY OF HAMPTON, VA | Business License / Permit |
| CITY OF HATTIESBURG, MS | Business License / Permit |
| CITY OF HAZELWOOD, MO | Business License / Permit |
| CITY OF HICKORY, NC | Business License / Permit |
| CITY OF HOOVER, NC | Business License / Permit |
| CITY OF HOT SPRINGS, AR | Business License / Permit |
| CITY OF HOUSTON-SOLID WASTE MANAGEMENT DP, HOUSTON, TX | Business License / Permit |
| CITY OF HUNTSVILLE, AL | Business License / Permit |
| CITY OF HURST, TX | Business License / Permit |
| CITY OF INDEPENDENCE, MO | Business License / Permit |

3

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CITY OF JACKSON, TN | Personal / Real Property Tax |
| CITY OF JACKSONVILLE, NC | Business License / Permit |
| CITY OF JOHNSON CITY, TN | Personal / Real Property Tax |
| CITY OF JONESBORO, AR | Business License / Permit |
| CITY OF KANNAPOLIS, NC | Business License / Permit |
| CITY OF KINGSPORT, TN | Personal / Real Property Tax |
| CITY OF KIRKLAND, WA | Business License / Permit |
| CITY OF KIRKWOOD, MO | Business License / Permit |
| CITY OF LAFAYETTE, LA | Personal / Real Property Tax |
| CITY OF LAKE CHARLES, LA | Business License / Permit |
| CITY OF LAKELAND, FL | Business License / Permit |
| CITY OF LAS VEGAS, DEPT OF FINANCE & BUSINESS | Business License / Permit |
| CITY OF LITTLE ROCK, AR | Business License / Permit |
| CITY OF LONGMONT, CO | Sales Tax |
| CITY OF MACON, GA | Business License / Permit |
| CITY OF MADISON INSPECTION UNIT, MADISON, WI | Business License / Permit |
| CITY OF MADISON-TREASURER, MADISON, WI | Personal / Real Property Tax |
| CITY OF MANASSAS, VA | Business License / Permit |
| CITY OF MARSHFIELD, WI | Personal / Real Property Tax |
| CITY OF MCALLEN, TX | Personal / Real Property Tax |
| CITY OF MEMPHIS, TN | Personal / Real Property Tax |
| CITY OF MESQUITE, IRVING, TX | Business License / Permit |
| CITY OF MOBILE, BIRMINGHAM, AL | Business License / Permit |
| CITY OF MONROE TAXATION & REVENUE DEPT., LA | Business License / Permit |
| CITY OF MONTGOMERY, BIRMINGHAM, AL | Business License / Permit |
| CITY OF MORROW, GA | Business License / Permit; Personal / Real Property Tax |
| CITY OF MURFREESBORO TAX COLLECTOR, TN | Personal / Real Property Tax |
| CITY OF N. CHARLESTON, SC | Business License / Permit |
| CITY OF NAPA, WEST SACRAMENTO, CA | Business License / Permit |
| CITY OF NEWPORT, KY | Business License / Permit; Personal / Real Property Tax |
| CITY OF NORTH LITTLE ROCK, AR | Business License / Permit |
| CITY OF O'FALLON, IL | Business License / Permit |
| CITY OF OKLAHOMA CITY, OK | Business License / Permit |
| CITY OF ONALASKA, WI | Business License / Permit |
| CITY OF OREM, UT | Business License / Permit |
| CITY OF OWENSBORO, KY | Personal / Real Property Tax |

4

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CITY OF PASADENA, TX | Business License / Permit |
| CITY OF PEARL, MS | Business License / Permit |
| CITY OF RALEIGH, NC | Business License / Permit |
| CITY OF REDLANDS, CA | Business License / Permit |
| CITY OF RENO, NV | Business License / Permit |
| CITY OF RIDGELAND, MS | Business License / Permit |
| CITY OF ROCK HILL, CHARLOTTE, NC | Business License / Permit |
| CITY OF ROGERS, AR | Business License / Permit |
| CITY OF ROME, GA | Business License / Permit |
| CITY OF SOUTH SALT LAKE, UT | Business License / Permit |
| CITY OF SAINT PETERS, MO | Business License / Permit |
| CITY OF SALISBURY, MD | Personal / Real Property Tax |
| CITY OF SAN JOSE, CA | Business License / Permit |
| CITY OF SAVANNAH, GA | Business License / Permit |
| CITY OF SEARCY, AR | Business License / Permit |
| CITY OF SHREVEPORT, LA | Business License / Permit; Personal / Real Property Tax |
| CITY OF SLIDELL, LA | Business License / Permit |
| CITY OF SOUTHAVEN, MS | Business License / Permit |
| CITY OF SPARKS, NV | Business License / Permit |
| CITY OF SPOKANE VALLEY FALSE ALARM, SPOKANE, WA | Business License / Permit |
| CITY OF SPRINGFIELD, MO | Business License / Permit |
| CITY OF STEVENS POINT, WI | Personal / Real Property Tax |
| CITY OF TACOMA, WA | Business License / Permit |
| CITY OF TAMPA, FL | Business License / Permit |
| CITY OF TUCSON, AZ | Sales Tax |
| CITY OF TUCSON-REVENUE DIVISION, AZ | Business License / Permit |
| CITY OF TUPELO, MS | Business License / Permit |
| CITY OF TUSCALOOSA, AL | Business License / Permit |
| CITY OF VALLEJO, CA | Business License / Permit |
| CITY OF VIRGINIA BEACH, VA | Personal / Real Property Tax |
| CITY OF WARNER ROBINS, GA | Business License / Permit; Personal / Real Property Tax |
| CITY OF WEST ALLIS, WI | Personal / Real Property Tax |
| CITY OF WEST JORDAN, UT | Business License / Permit |
| CITY OF WHEATRIDGE, CO | Business License / Permit |
| CITY OF WHEATRIDGE, LAKEWOOD, CO | Sales Tax |
| CITY OF WINSTON-SALEM, NC | Business License / Permit |

RLF1 13819194v.1

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CITY OF YAKIMA, WA | Business License / Permit |
| CLARK COUNTY, LAS VEGAS, NV | Business License / Permit |
| CLARK COUNTY ASSESSOR, LAS VEGAS, NV | Personal / Real Property Tax |
| CLARK COUNTY TREAS., VANCOUVER, WA | Personal / Real Property Tax |
| CLARKE COUNTY TAX COMMISSIONER, JONESBORO, GA | Personal / Real Property Tax |
| CLAYTON COUNTY, JONESBORO, GA | Personal / Real Property Tax |
| CLEAR CREEK ISD TAX OFFICE, DALLAS, TX | Personal / Real Property Tax |
| CLEAR LAKE CITY WATER AUTHORITY, HOUSTON, TX | Personal / Real Property Tax |
| CLEVELAND COUNTY TREASURER, NORMAN, OK | Personal / Real Property Tax |
| CO DEPT OF REVENUE, DENVER, CO | Sales Tax |
| COBB CO. TAX COMM., MARIETTA, GA | Personal / Real Property Tax |
| COBB COUNTY TAX COLLECTOR, MARIETTA, GA | Business License / Permit |
| COLLECTOR OF REVENUE, ST. LOUIS, MO | Business License / Permit; Personal / Real Property Tax |
| COLLIN COUNTY TAX ASSESSOR COLLECTOR, MCKINNEY, TX | Personal / Real Property Tax |
| COLORADO DEPT. OF REVENUE, DENVER, CO | Business License / Permit |
| COLORADO SPRINGS POLICE DEPT, COLORADO SPRINGS, CO | Business License / Permit |
| COLUMBUS CONSOLIDATED GOV'T., COLUMBUS, GA | Business License / Permit |
| COMMONWEALTH OF VIRGINIA, RICHMOND, VA | Business License / Permit |
| COOK COUNTY COLLECTOR, CHICAGO, IL | Business License / Permit |
| COUNTY OF DURHAM OFFICE OF TAX ADMIN., DURHAM, NC | Personal / Real Property Tax |
| COUNTY OF FAIRFAX DEPT OF TAX ADMIN., FAIRFAX, VA | Business License / Permit; Personal / Real Property Tax |
| COUNTY OF GREGG, LONGVIEW, TX | Personal / Real Property Tax |
| COUNTY OF HENRICO, RICHMOND, VA | Business License / Permit |
| COUNTY OF LEXINGTON, SC | Personal / Real Property Tax |
| COUNTY OF MONTGOMERY TAX ASSESSOR-COLLECTOR, CONROE, TX | Personal / Real Property Tax |
| COUNTY OF SACRAMENTO, CA | Business License / Permit |
| COUNTY OF SANTA CLARA, SAN JOSE, CA | Business License / Permit; Personal / Real Property Tax |
| COUNTY TREASURER, EAU CLAIRE, WI | Personal / Real Property Tax |
| CRAIGHEAD CO TAX COLLECTOR, JONESBORO, AR | Personal / Real Property Tax |
| CT CORPORATION | Business License / Permit |
| CUMBERLAND COUNTY TAX COLLECTOR, CHARLOTTE, NC | Personal / Real Property Tax |

RLF1 13819194v.1

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| CYPRESS-FAIRBANKS ISD, HOUSTON, TX | Personal / Real Property Tax |
| DALLAS COUNTY TAX OFFICE, DALLAS, TX | Personal / Real Property Tax |
| DAVID LAROSA TAX COLLECTOR, GULFPORT, MS | Personal / Real Property Tax |
| DAVIESS COUNTY SHERIFF, OWENSBORO, KY | Personal / Real Property Tax |
| DAVIS COUNTY ASSESSOR, FARMINGTON, UT | Personal / Real Property Tax |
| DEKALB COUNTY TAX COMMISSION, DECATUR, GA | Business License / Permit; Personal / Real Property Tax |
| DESCHUTTES COUNTY, BEND, OR | Personal / Real Property Tax |
| DESOTO COUNTY TAX COLLECTOR, HERNANDO, MS | Personal / Real Property Tax |
| DOUGLAS COUNTY TREASURER, OMAHA, NE | Personal / Real Property Tax |
| EAU CLAIRE CITY TREASURER, EAU CLAIRE, WI | Personal / Real Property Tax |
| EL PASO COUNTY TREASURER, COLORADO SPRINGS, CO | Personal / Real Property Tax |
| EMERALD FOREST U. D., HOUSTON, TX | Personal / Real Property Tax |
| FAULKNER COUNTY, CONWAY, AR | Personal / Real Property Tax |
| FEDERAL LICENSING INC., GETTYSBURG, PA | Business License / Permit |
| FL DEPARTMENT OF REVENUE, TALLAHASSEE, FL | Sales Tax |
| FLORENCE COUNTY TREASURER, FLORENCE, SC | Personal / Real Property Tax |
| FLOYD COUNTY TAX OFFICE, ROME GA | Personal / Real Property Tax |
| FORSYTH COUNTY TAX COLLECTOR, WINSTON SALEM, NC | Personal / Real Property Tax |
| FRESNO COUNTY TAX COMM., CA | Personal / Real Property Tax |
| FULTON COUNTY TAX COMM., ATLANTA, GA | Personal / Real Property Tax |
| GA DEPARTMENT OF REVENUE, ATLANTA, GA | Sales Tax |
| GARLAND COUNTY TAX COLLECTOR, HOT SPRINGS, AR | Personal / Real Property Tax |
| GARLAND ISD, GARLAND, TX | Personal / Real Property Tax |
| GOOSE CREEK CONSOLIDATED ISD, BAYTOWN, TX | Personal / Real Property Tax |
| GREEN COUNTY COLLECTOR OF REVENUE, SPRINGFIELD, MO | Personal / Real Property Tax |
| GREENVILLE COUNTY TAX COLLECTOR, COLUMBIA, SC | Personal / Real Property Tax |
| GREENWOOD COUNTY TAX COLLECTOR, GREENWOOD, SC | Personal / Real Property Tax |
| GUILFORD COUNTY TAX DEPT., CHARLOTTE, NC | Personal / Real Property Tax |
| GWINNETT COUNTY TAX COMM., LAWRENCEVILLE, GA | Business License / Permit; Personal / Real Property Tax |
| HALL COUNTY, GAINESVILLE, GA | Personal / Real Property Tax |
| HAMILTON COUNTY TRUSTEE, CHATTANOOGA, TN | Personal / Real Property Tax |
| HAMILTON COUNTY TREASURER, NOBLESVILLE, IN | Personal / Real Property Tax |

RLF1 13819194v.1

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| HAMPTON TREASURER, HAMPTON, VA | Personal / Real Property Tax |
| HARRIS COUNTY FWSD 51, HOUSTON, TX | Personal / Real Property Tax |
| HARRIS COUNTY TAX ASSESSOR-COLLECTOR, HOUSTON, TX | Personal / Real Property Tax |
| HENRICO COUNTY DEPT OF FINANCE, HENRICO, VA | Personal / Real Property Tax |
| HIDALGO COUNTY TAX ASSESSOR-COLLECTOR, EDINBURG, TX | Personal / Real Property Tax |
| HILLSBOROUGH COUNTY FL TAX COLLECTOR | Business License / Permit Personal / Real Property Tax |
| HOUSTON COUNTY REVENUE COMM., DOTHAN, AL | Personal / Real Property Tax |
| HOUSTON COUNTY TAX COMMISSIONER, WARNER ROBINS, GA | Personal / Real Property Tax |
| IA DEPARTMENT OF REVENUE, DES MOINES, IA | Sales Tax |
| ID DEPARTMENT OF REVENUE, BOISE, ID | Sales Tax |
| IL DEPARTMENT OF REVENUE, SPRINGFIELD, IL | Sales Tax |
| IN DEPARTMENT OF REVENUE, INDIANAPOLIS, IN | Sales Tax |
| INTERSTATE MUNICIPAL UTILITY DISTRICT PARKS, HOUSTON, TX | Personal / Real Property Tax |
| JACKSON COUNTY COLLECTOR, KANSAS CITY, MO | Personal / Real Property Tax |
| JEFFERSON COUNTY TREASURER, GOLDEN, CO | Personal / Real Property Tax |
| JEFFERSON COUNTY ALABAMA TAX COLLECTOR | Personal / Real Property Tax |
| JEFFERSON PARISH, GRETNA, LA | Business License / Permit; Personal / Real Property Tax |
| JEFFERSON PARISH SHERIFF'S OFFICE BUREAU OF REVENUE AND TAXATION, GRETNA, LA | Sales Tax |
| JOHNSON COUNTY TREASURER, SHAWNEE MISSION, KS | Personal / Real Property Tax |
| JUDGE OF PROBATE-MONTGOMERY, AL | Business License / Permit |
| JUDSON ISD, LIVE OAK, TX | Personal / Real Property Tax |
| KERN COUNTY TREASURER, LOS ANGELES, CA | Personal / Real Property Tax |
| KING COUNTY TREASURY, SEATTLE, WA | Personal / Real Property Tax |
| KOOTENAI COUNTY TREASURER, COEUR D'ALENE, ID | Personal / Real Property Tax |
| KS DEPARTMENT OF REVENUE, TOPEKA, KS | Sales Tax |
| KY DEPARTMENT OF REVENUE, FRANKFORT, KY | Sales Tax |
| LA DEPARTMENT OF REVENUE, BATON ROUGE, LA | Sales Tax |
| LA DEPT OF AGRICULTURE, BATON ROUGE, LA | Business License / Permit |
| LAFAYETTE PARISH SCHOOL SYSTEM, LAFAYETTE, LA | Sales Tax |
| LAFAYETTE CONSOLIDATED GOV., LAFAYETTE, LA | Business License / Permit |
| LAMAR COUNTY TAX COLLECTOR, PURVIS, MS | Personal / Real Property Tax |
| LANCASTER COUNTY TREASURER, LINCOLN, NE | Personal / Real Property Tax |

8

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| LAUDERDALE COUNTY, FLORENCE, AL | Personal / Real Property Tax |
| LAYTON CITY BUSINESS LICENSE, LAYTON, UT | Business License / Permit |
| LEE COUNTY TAX COLLECTOR, TUPELO, MS | Personal / Real Property Tax |
| LEON VALLEY, LEON VALLEY, TX | Business License / Permit |
| LEXINGTON/FAYETTE URBAN COUNTY GOVERNMENT, LEXINGTON, KY | Business License / Permit Personal / Real Property Tax |
| LICENSE COMMISSIONER, TUSCALOOSA, AL | Business License / Permit |
| LUBBOCK CENTRAL APPRAISAL DISTRICT, LUBBOCK, TX | Personal / Real Property Tax |
| MADISON COUNTY TAX COLLECTOR, CANTON, MS | Personal / Real Property Tax |
| MADISON COUNTY, HUNTSVILLE, AL | Business License / Permit; Personal / Real Property Tax |
| MADISON COUNTY TRUSTEE, JACKSON, TN | Personal / Real Property Tax |
| MANASSAS CITY TREASURER, MANASSAS, VA | Personal / Real Property Tax |
| MANATEE COUNTY, BRADENTON, FL | Personal / Real Property Tax |
| MARION COUNTY TAX COLLECTOR, PORTLAND, OR | Personal / Real Property Tax |
| MARION COUNTY TREASURER, INDIANAPOLIS, IN | Personal / Real Property Tax |
| MD DEPARTMENT OF REVENUE, ANNAPOLIS, MD | Sales Tax |
| MECKLENBURG COUNTY TAX COLLECTOR, CHARLOTTE, NC | Personal / Real Property Tax |
| MEMPHIS & SHELBY COUNTY CONSTRUCTION CODE ENFORCEMENT, MEMPHIS, TN | Business License / Permit |
| MESQUITE TAX FUND, MESQUITE, TX | Personal / Real Property Tax |
| MIDLAND CENTRAL APPRAISAL DISTRICT, MIDLAND, TX | Personal / Real Property Tax |
| MIDLAND HEALTH DEPARTMENT, MIDLAND, TX | Business License / Permit |
| MILLER COUNTY COLLECTOR, TEXARKANA, AR | Personal / Real Property Tax |
| MN DEPARTMENT OF REVENUE, ST. PAUL, MN | Sales Tax |
| MO DEPARTMENT OF REVENUE, JEFFERSON CITY, MO | Sales Tax |
| MOBILE COUNTY, MOBILE REVENUE COMMISSIONER, MOBILE, AL | Personal / Real Property Tax |
| MONTGOMERY COUNTY TRUSTEE, CLARKSVILLE, TN | Personal / Real Property Tax |
| MONTGOMERY COUNTY, GAITHERSBURG, MD | Personal / Real Property Tax |
| MONTGOMERY COUNTY CLERK OF CIRCUIT COURT, MD | Business License / Permit |
| MONTGOMERY COUNTY, ROCKVILLE, MD | Sales Tax |
| MORGAN COUNTY REVENUE COMMISSIONER, DECATUR, AL | Personal / Real Property Tax |
| MS DEPARTMENT OF REVENUE, JACKSON, MS | Sales Tax |
| MUSCOGEE COUNTY TAX COMMISSIONER, COLUMBUS, GA | Personal / Real Property Tax |

9

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| MUSKOGEE COUNTY TREASURER, MUSKOGEE, OK | Personal / Real Property Tax |
| NAPA COUNTY TAX COLLECTOR, NAPA, CA | Personal / Real Property Tax |
| NATRONA COUNTY TREASURER, CASPER, WY | Personal / Real Property Tax |
| NC DEPARTMENT OF REVENUE, RALEIGH, NC | Sales Tax |
| ND OFFICE OF STATE TAX COMMISSIONER, BISMARCK, ND | Sales Tax |
| NE DEPARTMENT OF REVENUE, LINCOLN, NE | Business License / Permit Sales Tax |
| NM DEPARTMENT OF REVENUE, SANTA FE, NM | Sales Tax |
| NUECES COUNTY, CORPUS CHRISTI, TX | Personal / Real Property Tax |
| NV DEPARTMENT OF TAXATION | Sales Tax |
| OH DEPARTMENT OF REVENUE, COLUMBUS, OH | Sales Tax |
| OHIO DEPT. OF COMMERCE, REYNOLDSBURG, OH | Business License / Permit |
| OK DEPARTMENT OF REVENUE, OKLAHOMA CITY, OK | Sales Tax |
| OKLAHOMA COUNTY TREASURER, OKLAHOMA CITY, OK | Personal / Real Property Tax |
| OMAHA FALSE ALARM REDUCTION PROGRAM, ST. LOUIS, MO | Business License / Permit |
| ONALASKA CITY TREASURER, ONALASKA, WI | Personal / Real Property Tax |
| ONSLOW COUNTY, JACKSONVILLE, NC | Personal / Real Property Tax |
| OUACHITA PARISH TAXATION AND REVENUE DEPARTMENT, MONROE, LA | Sales Tax |
| PA DEPARTMENT OF REVENUE, HARRISBURG, PA | Sales Tax |
| PARISH OF EAST BATON ROUGE, BATON ROUGE, LA | Personal / Real Property Tax |
| PARISH OF RAPIDES, NEW ORLEANS, LA | Business License / Permit |
| PARISH OF RAPIDES SALES AND USE TAX DEPARTMENT, ALEXANDRIA, LA | Sales Tax |
| PARISH OF ST. TAMMANY, NEW ORLEANS, LA | Personal / Real Property Tax |
| PARISH OF TERREBONNE, HOUMA, LA | Business License / Permit |
| PARISH OF TERREBONNE SALES AND USE TAX DEPARTMENT, ALEXANDRIA, LA | Sales Tax |
| PASADENA INDEPENDENT SCHOOL DISTRICT, PASADENA, TX | Personal / Real Property Tax |
| PIERCE COUNTY, TACOMA, WA | Personal / Real Property Tax |
| PIMA COUNTY TREASURER, PHOENIX, AZ | Personal / Real Property Tax |
| PITT COUNTY TAX COLLECTOR, GREENVILLE, NC | Personal / Real Property Tax |
| POLK COUNTY TAX COLLECTOR, BARTOW, FL | Personal / Real Property Tax |
| POTTAWATOMIE COUNTY TREASURER, SHAWNEE, OK | Personal / Real Property Tax |
| PULASKI CO. TREASURER, LITTLE ROCK, AR | Personal / Real Property Tax |
| PUTNAM COUNTY TRUSTEE, COOKEVILLE, TN | Personal / Real Property Tax |

10

| Taxing Authority | Type of Taxes and Fees |
| --- | --- |
| QUACHITA PARISH, DALLAS, TX | Personal / Real Property Tax |
| RANDOLPH COUNTY TAX COLLECTOR, ASHEBORO, NC | Personal / Real Property Tax |
| RANKIN COUNTY TAX COLLECTOR, BRANDON, MS | Personal / Real Property Tax |
| RAPIDES PARISH SHERIFF'S DEPT., ALEXANDRIA, LA | Personal / Real Property Tax |
| RICHLAND COUNTY, COLUMBIA, SC | Business License / Permit |
| RICHLAND COUNTY TREAS., COLUMBIA, SC | Personal / Real Property Tax |
| RICHMOND COUNTY TAX COMMISSIONER, AUGUSTA, GA | Personal / Real Property Tax |
| RIVERDALE CITY CORPORATION, RIVERDALE, UT | Business License / Permit |
| ROUND ROCK TAX OFFICE, ROUND ROCK, TX | Personal / Real Property Tax |
| RUTHERFORD COUNTY TRUSTEE, MURFREESBORO, TN | Personal / Real Property Tax |
| SACRAMENTO COUNTY UNSECURED TAX UNIT, CA | Personal / Real Property Tax |
| SALT LAKE COUNTY ASSESSOR, SALT LAKE CITY, UT | Personal / Real Property Tax |
| SAN ANGELO POLICE DEPARTMENT, SAN ANGELO, TX | Business License / Permit |
| SAN ANTONIO METROP. HEALTH DISTRICT, SAN ANTONIO, TX | Business License / Permit |
| SAN BERNARDINO COUNTY, CA | Business License / Permit  Personal / Real Property Tax |
| SANDY SPRINGS CITY HALL, GA | Business License / Permit |
| SAVANNAH REVENUE DEPARTMENT, SAVANNAH, GA | Personal / Real Property Tax |
| SOUTH CAROLINA DEPARTMENT OF REVENUE, COLUMBIA, SC | Sales Tax |
| SD DEPARTMENT OF REVENUE, PIERRE, SD | Sales Tax |
| SEBASTIAN COUNTY TAX COLLECTOR, FORT SMITH, AR | Personal / Real Property Tax |
| SEDGEWICK CO. TREASURER, WICHITA, KS | Personal / Real Property Tax |
| SHELBY COUNTY PROPERTY TAX COMM., COLUMBIANA, AL | Personal / Real Property Tax |
| SHELBY COUNTY TRUSTEE, MEMPHIS, TN | Personal / Real Property Tax |
| SHERIFF JEFFERSON COUNTY TAX COLLECTOR, LOUISVILLE, KY | Personal / Real Property Tax |
| SMITH COUNTY TAX COLLECTOR, TYLER, TX | Personal / Real Property Tax |
| SNOHOMISH COUNTY TREASURER, SEATTLE, WA | Personal / Real Property Tax |
| SOLANO COUNTY DEPT OF AGRICULTURE, FAIRFIELD, CA | Business License / Permit |
| SOLANO COUNTY TAX COLLECTOR, FAIRFIELD, CA | Personal / Real Property Tax |
| SPOKANE COUNTY TREASURER, SPOKANE, WA | Personal / Real Property Tax |
| SPOTSYLVANIA COUNTY, SPOTSYLVANIA, VA | Business License / Permit |
| ST TAMMANY PARISH SALES AND USE TAX REPORT, NEW ORLEANS, LA | Sales Tax |
| ST. CHARLES COUNTY, ST. CHARLES, MO | Personal / Real Property Tax |

11

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| ST. JOSEPH COUNTY TREASURER, SOUTH BEND, IN | Personal / Real Property Tax |
| STATE OF TENNESSEE, KNOXVILLE, TN | Business License / Permit |
| SULLIVAN CO. TRUSTEE, BLOUNTVILLE, TN | Personal / Real Property Tax |
| TARRANT COUNTY, FORT WORTH, TX | Personal / Real Property Tax |
| TAYLOR COUNTY CENTRAL APPRAISAL DISTRICT, ABILENE, TX | Personal / Real Property Tax |
| TERREBONNE PARISH, SHERIFF & EX-OFFICIO, HOUMA, LA | Personal / Real Property Tax |
| TN DEPARTMENT OF REVENUE, CHATTANOOGA, TN | Sales Tax |
| TOM GREEN COUNTY APPRAISAL DIST., SAN ANGELO, TX | Personal / Real Property Tax |
| TOWN OF COLLIERVILLE, TN | Personal / Real Property Tax |
| TOWN OF GRAND CHUTE, APPLETON, WI | Personal / Real Property Tax |
| TOWN OF MARANA, MARANA, AZ | Business License / Permit |
| TOWN OF MATTHEWS, NC | Business License / Permit |
| TRAVIS COUNTY TAX COLLECTOR, AUSTIN, TX | Personal / Real Property Tax |
| TREASURER, SPOTSYLVANIA COUNTY, SPOTSYLVANIA, VA | Personal / Real Property Tax |
| TULSA COUNTY TREASURER, DENNIS SEMBLER, TULSA, OK | Personal / Real Property Tax |
| TUSCALOOSA COUNTY, TUSCALOOSA, AL | Personal / Real Property Tax |
| TWIN FALLS COUNTY TREASURER, TWIN FALLS, ID | Personal / Real Property Tax |
| TX DEPARTMENT OF REVENUE, AUSTIN, TX | Sales Tax |
| TX DEPARTMENT OF STATE, AUSTIN, TX | Business License / Permit |
| UT DEPARTMENT OF REVENUE, SALT LAKE CITY, UT | Sales Tax |
| UTAH COUNTY ASSESSOR, PROVO, UT | Personal / Real Property Tax |
| VA DEPARTMENT OF REVENUE, RICHMOND, VA | Sales Tax |
| VICTORIA COUNTY TAX COLLECTOR, VICTORIA, TX | Personal / Real Property Tax |
| VILLAGE OF ASHWAUBENON, GREEN BAY, WI | Business License / Permit |
| VILLAGE OF BEDFORD PARK, IL | Business License / Permit |
| VILLAGE OF NORTH RIVERSIDE, IL | Business License / Permit |
| WA DEPARTMENT OF REVENUE, OLYMPIA, WA | Sales Tax |
| WAKE COUNTY REVENUE DEPT., CHARLOTTE, NC | Personal / Real Property Tax |
| WARREN COUNTY SHERIFF, BOWLING GREEN, KY | Personal / Real Property Tax |
| WASHINGTON CO. TRUSTEE, JONESBORO, TN | Personal / Real Property Tax |
| WASHINGTON COUNTY TAX COLLECTOR, FAYETTEVILLE, AR | Personal / Real Property Tax |
| WASHOE COUNTY TREASURER, OGDEN, UT | Personal / Real Property Tax |
| WASHOE COUNTY, RENO, NV | Business License / Permit |
| WEBER COUNTY ASSESSOR, OGDEN, UT | Personal / Real Property Tax |

RLF1 13819194v.1

| Taxing Authority | Type of Taxes and Fees |
|---|---|
| WEST ALLIS HEALTH DEPARTMENT, WEST ALLIS, WI | Business License / Permit |
| WHITE COUNTY, SEARCY, AR | Personal / Real Property Tax |
| WI DEPARTMENT OF REVENUE, MADISON, WI | Sales Tax |
| WICHITA COUNTY, WICHITA FALLS, TX | Personal / Real Property Tax |
| WICOMICO COUNTY, SALISBURY, MD | Personal / Real Property Tax |
| WILLIAMSON COUNTY, GEORGETOWN, TX | Personal / Real Property Tax |
| WISCONSIN DEPT OF REVENUE, MADISON, WI | Business License / Permit |
| WY DEPARTMENT OF REVENUE, CHEYENNE, WY | Sales Tax |
| YAKIMA COUNTY TREASURER, YAKIMA, WA | Personal / Real Property Tax |
| YORK COUNTY TREASURER, YORK, SC | Personal / Real Property Tax |
| YUKON COMM DEVELOP. DEPARTMENT, YUKON, OK | Business License / Permit |

RLF1 13819194v.1