## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------x

In re:                                          :        Chapter 11
                                                :
HANCOCK FABRICS, INC., *et al.*,[1]              :        Case No. 16-10296 (BLS)
                                                :
            Debtors.                            :
                                                :        Joint Administration Requested
                                                :

-------------------------------------------------------------x

## AGENDA OF FIRST DAY HEARING
## AND INDEX OF FIRST DAY PLEADINGS[2]

A.    <u>Voluntary Petitions</u>:

      1.    Hancock Fabrics, Inc.
      2.    Hancock Fabrics, LLC
      3.    Hancock Fabrics of MI, Inc.
      4.    hancockfabrics.com, Inc.
      5.    HF Enterprises, Inc.
      6.    HF Merchandising, Inc.
      7.    HF Resources, Inc.

B.    Declaration of Dennis Lyons in Support of Chapter 11 Petitions and Request for First Day Relief [Docket No. 4 - filed February 2, 2016]

C.    <u>First Day Motions</u>:

      1.    Debtors' Motion for Entry of an Order Directing Joint Administration of Chapter 11 Cases [Docket No. 3 - filed February 2, 2016]

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] Upon receiving the date and time of the first day hearing (the "**First Day Hearing**") from the assigned Judge's chambers, the above-captioned debtors will file and serve a notice of First Day Hearing in accordance with Rule 9013-1(m)(iii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware. All motions and other pleadings referenced herein are available online at the following address: https://www.kccllc.net/hancockfabrics.com.

2.  Debtors' Application for Entry of an Order Authorizing Employment and Retention of Kurtzman Carson Consultants LLC as Claims and Noticing Agent, *Nunc Pro Tunc* to the Petition Date [Docket No. 5 - filed February 2, 2016]

3.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Pay Certain Employee Compensation and Benefits and (B) Maintain and Continue Such Benefits and Other Employee-Related Programs and (II) Authorizing Financial Institutions to Honor and Process All Related Checks and Transfers [Docket No. 6 - filed February 2, 2016]

4.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing Continued Use of Existing Cash Management System and Bank Accounts; (II) Waiving Certain United States Trustee Requirements; (III) Authorizing Continued Performance of Intercompany Transactions; and (IV) Granting Related Relief [Docket No. 7 - filed February 2, 2016]

5.  Debtors' Motion for an Order Authorizing the Debtors to Satisfy Prepetition Claims of Certain Common Carriers and Sales and Shipping Processors Pursuant to Section 105(a) of the Bankruptcy Code [Docket No. 8 - filed February 2, 2016]

6.  Debtors' Motion for Entry of an Order (I) Authorizing Payment of Certain Prepetition Taxes and (II) Granting Related Relief [Docket No. 9 - filed February 2, 2016]

7.  Debtors' Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code Authorizing the Debtor (A) to Honor Certain Prepetition Obligations to Customers and to Continue Customer Programs and (B) to Honor Certain Other Prepetition Obligations Necessary to Maintain the Existence of Customer Programs [Docket No. 10 - filed February 2, 2016]

8.  Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain, Continue and Renew Their Prepetition Insurance Policies and Pay All Obligations in Respect Thereof and (II) Granting Related Relief [Docket No. 11 - filed February 2, 2016]

9.  Debtors' Motion for Entry of Interim and Final Orders Authorizing the Debtors to Pay Prepetition Claims of Putative Consignment Vendors and Granting Related Relief [Docket No. 12 - filed February 2, 2016]

10. Debtors' Motion for Entry of Interim and Final Orders (I) Prohibiting Utilities from Altering, Refusing, or Discontinuing Service; (II) Approving the Debtors' Proposed Form of Adequate Assurance of Payment to Utilities; and (III) Establishing Procedures for Resolving Objections to the Debtors' Proposed Form of Adequate Assurance [Docket No. 13 - filed February 2, 2016]

11. Debtors' Motion for Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (I) Approving Postpetition Financing, (II) Authorizing Use of Cash Collateral, (III) Granting Liens and Providing Superpriority Administrative Expense Status, (IV) Granting Adequate Protection, (V) Modifying Automatic Stay, (VI) Granting Related Relief, and (VII) Scheduling a Final Hearing [Docket No. 14 - filed February 2, 2016]

D.    Sale-Related Motions:

12. Motion to Shorten Notice and Objection Periods for (I) Debtors' Motion for Interim and Final Orders Authorizing the Commencement of Store Closing Sales and (II) Debtors' Motion Seeking Approval of Bid Procedures and Sale Related Relief [Docket No. 17 - filed February 2, 2016] (the "**Motion to Shorten**")

Related Documents:

i.  Debtors' Motion for Interim and Final Orders (I) Authorizing the Debtors to Assume the Prepetition Consulting Agreement, (II) Authorizing Store Closing Sales Free and Clear of All Liens, Claims, Encumbrances, and Other Interests, and (III) Granting Related Relief [Docket No. 15 - filed February 2, 2016] (the "**GOB Sale Motion**")[3]

ii. Debtors' Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 for (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Related Notices and Relief, and (II) Order Approving (A) Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (B) Assumption, Assignment, and Sale of Executory Contracts and Unexpired Leases under Bankruptcy Code Sections 363 and 365, and (C) Related Relief [Docket No. 16 - filed February 2, 2016] (the "**Bidding Procedures Motion**")[4]

---

[3] As requested in the Motion to Shorten, the Debtors intend to raise certain scheduling issues with regards to the GOB Sale Motion (on shortened notice) at the First Day Hearing.

[4] As requested in the Motion to Shorten, the Debtors intend to seek approval of the Bidding Procedures Motion, on an interim basis, at the First Day Hearing.

Dated: February 2, 2016
      Wilmington, Delaware

                    /s/ Michael J. Merchant
                **RICHARDS, LAYTON & FINGER, P.A.**
                Mark D. Collins (No. 2981)
                Michael J. Merchant (No. 3854)
                One Rodney Square
                920 North King Street
                Wilmington, Delaware 19801
                Telephone:  (302) 651-7700
                Facsimile:  (302) 651-7701

                - and -

                **O'MELVENY & MYERS LLP**
                Stephen H. Warren (*pro hac vice* pending)
                Karen Rinehart (*pro hac vice* pending)
                Michael S. Neumeister (*pro hac vice* pending)
                400 South Hope Street
                Los Angeles, CA  90071-2899
                Telephone:   (213) 430-6000
                Facsimile:   (213) 430-6407

                Proposed Attorneys for the
                Debtors and Debtors in Possession