IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE



---------------------------------------------------------------x
:
In re: : Chapter 11
:
HANCOCK FABRICS, INC., *et al.*,[1] : Case No. 16-10296 (BLS)
:
Debtors. :
: Jointly Administered
:
: Re: Docket No. 10
:
---------------------------------------------------------------x

**ORDER PURSUANT TO SECTION 105(a) OF THE
BANKRUPTCY CODE AUTHORIZING THE DEBTORS
(A) TO HONOR CERTAIN PREPETITION OBLIGATIONS
TO CUSTOMERS AND TO CONTINUE CUSTOMER PROGRAMS
AND (B) TO HONOR CERTAIN OTHER PREPETITION OBLIGATIONS
NECESSARY TO MAINTAIN THE EXISTENCE OF CUSTOMER PROGRAMS**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order (this "**Order**"): authorizing the Debtors (i) to honor certain prepetition obligations to customers and to continue customer programs and (ii) to honor certain other prepetition obligations necessary to maintain the existence of customer programs, all as more fully set forth in the Motion; and due and sufficient notice of the Motion having been provided under the particular circumstances, and it appearing that no other or further notice need be provided; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding under 28 U.S.C. § 157(b); and venue being proper before this Court under 28 U.S.C. §§ 1408 and 1409; and a hearing having been held to consider the relief requested in the Motion on an interim basis (the "**Hearing**"); and upon the First Day Declaration, the record of the Hearing,

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] Capitalized terms used but not defined in this Order have the meanings used in the Motion.

and all the proceedings before the Court; and the Court having found and determined that the relief requested in the Motion is necessary to avoid immediate and irreparable harm to the Debtors and their estates, as contemplated by Federal Rule of Bankruptcy Procedure 6003, and that such relief is in the best interests of the Debtors, their estates and creditors, and any parties in interest; and that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and after due deliberation thereon and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The Debtors are authorized, but not directed, to perform and honor their prepetition obligations related to the Customer Programs in the ordinary course of business as the Debtors deem appropriate; <u>provided</u>, <u>however</u>, that the Debtors shall not honor prepetition obligations with respect to gift cards and merchandise-only cards in an aggregate amount in excess of $2.4 million without further permission from the Court.

3. To the extent the Debtors issue gift cards post-petition, the Debtors shall implement a procedure which enables them to differentiate whether a gift card was issued prior to or after the Petition Date.

4. The Debtors are authorized, but not directed, to continue, modify, replace and/or terminate any existing Customer Programs and/or implement such new Customer Programs as the Debtors deem appropriate in the ordinary course of business, in each case without further application to the Court.

5. Nothing herein or in the Motion shall be deemed to constitute an assumption of an executory contract, whether under Bankruptcy Code section 365 or otherwise.

6. Nothing herein amends that certain Debtor-in-Possession Credit Agreement dated on or about February 2, 2016 by and among, *inter alia*, the Debtors, Wells Fargo Bank, N.A. as Administrative Agent, Collateral Agent and Swing Line Lender, and GACP Finance Co., LLC, as Term Agent (the "**DIP Credit Agreement**") (including without limitation any budget

incorporated therein) or any order of this Court approving the DIP Credit Agreement (including without limitation any budget incorporated therein).

7. The requirements as set forth in Bankruptcy Rule 6003(b) are satisfied by the contents of the Motion.

8. The Debtors are authorized and empowered to take all actions necessary or appropriate to implement the relief granted in this Order.

9. This Court will retain jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

Dated: February 3, 2016
    Wilmington, Delaware

THE HONORABLE BRENDAN L. SHANNON
CHIEF UNITED STATES BANKRUPTCY JUDGE

3

RLF1 13830480v.2