IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                        :     Chapter 11
                                              :
HANCOCK FABRICS, INC., *et al.*,[1]           :     Case No. 16-10296 (BLS)
                                              :
            Debtors.                          :     Jointly Administered
                                              :
                                              :     Objection Deadline: 2/16/16 at 4:00 p.m. (EST)
                                              :     Hearing Date: 2/22/16 at 1:00 p.m. (EST)
                                              :     **Re:  Docket Nos. 11 & 54**
---------------------------------------------------------------x

NOTICE OF (A) ENTRY OF INTERIM ORDER
(I) AUTHORIZING THE DEBTORS TO MAINTAIN,
CONTINUE, AND RENEW THEIR PREPETITION INSURANCE
POLICIES AND PAY ALL OBLIGATIONS IN RESPECT THEREOF;
AND (II) GRANTING RELATED RELIEF AND (B) FINAL HEARING THEREON

PLEASE TAKE NOTICE that, on February 2, 2016, Hancock Fabrics, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the **Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to Maintain, Continue, and Renew Their Prepetition Insurance Policies and Pay All Obligations in Respect Thereof and (II) Granting Related Relief** [Docket No. 11] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  A copy of the Motion is attached hereto as Exhibit A.

PLEASE TAKE FURTHER NOTICE that, following an initial hearing to consider the Motion on February 3, 2016, the Bankruptcy Court entered the **Interim Order (I) Authorizing the Debtors to Maintain, Continue, and Renew Their Prepetition Insurance Policies and**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563).  The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

RLF1 13836149v.1

**Pay All Obligations in Respect Thereof; and (II) Granting Related Relief** [Docket No. 54] (the "**Interim Order**").  A copy of the Interim Order is attached hereto as Exhibit B.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, objections or responses to the final relief requested in the Motion, if any, must be made in writing, filed with the Bankruptcy Court, and served so as to be received by:  (i) the Office of the United States Trustee for the District of Delaware, J. Caleb Boggs Federal Building, 844 North King Street, Suite 2207, Wilmington, DE 19801 (Attn: Mark Kenney, Esq.); (ii) O'Melveny & Myers LLP, 400 South Hope Street, Los Angeles, CA 90071 (Attn: Stephen H. Warren, Esq. and Karen Rinehart, Esq.), proposed co-counsel to the Debtors; (iii) Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, DE 19801 (Attn: Mark D. Collins, Esq., and Michael J. Merchant, Esq.), proposed co-counsel to the Debtors; (iv) Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110 (Attn: Kevin J. Simard, Esq. and Sean Monahan, Esq.), counsel to Wells Fargo Bank, National Association, as Administrative and Collateral Agent; (v) Paul Hastings LLP, 75 East 55th Street, New York NY 10022 (Attn: Leslie Plaskon, Esq.), counsel to GACP Finance Company LLC, as Term Agent; (vi) Emmet, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, NY 10271 (Attn: Margery A. Colloff, Esq.), counsel to Deutsche Bank National Trust Company, as trustee under the indenture for the Floating Rate Series A Secured Notes due 2017; (vii) K&L Gates LLP, 599 Lexington Avenue, New York, NY 10022 (Attn: John A. Bicks, Esq.), counsel to certain secured noteholders and (viii) all parties entitled to notice pursuant to Local Rule 9013-1(m) on or before **February 16, 2016 at 4:00 p.m. (prevailing Eastern Time)**.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Interim Order, the final hearing with respect to the Motion, if required, will be held before the Honorable Brendan L.

Shannon at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom No. 1, Wilmington, Delaware 19801 on **February 22, 2016 at 1:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:   February 4, 2016
         Wilmington, Delaware

*/s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Rachel L. Biblo (No. 6012)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
Michael S. Neumeister (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:   (213) 430-6407

Proposed Attorneys for the
Debtors and Debtors in Possession