IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
: 
In re: : Chapter 11
:
HANCOCK FABRICS, INC., *et al.*,[1] : Case No. 16-10296 (BLS)
:
Debtors. :
: Jointly Administered
:
: Re: Docket No. 82
---------------------------------------------------------------x

### NOTICE OF FILING OF COMPLETE BACK-UP BID AGREEMENT IN CONNECTION WITH DEBTORS' AMENDED MOTION PURSUANT TO 11 U.S.C. §§ 105, 363, 365, 503 AND 507 FOR (I) ORDER APPROVING (A) BID PROCEDURES, (B) PROCEDURES FOR ASSUMPTION AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES, AND (C) RELATED NOTICES AND RELIEF, AND (II) ORDER APPROVING (A) SALE OF SUBSTANTIALLY ALL ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS, (B) ASSUMPTION, ASSIGNMENT, AND SALE OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES UNDER BANKRUPTCY CODE SECTIONS 363 AND 365, AND (C) RELATED RELIEF

PLEASE TAKE NOTICE that, on February 4, 2016, Hancock Fabrics, Inc. and its affiliated debtors and debtors in possession (collectively, the "**Debtors**") filed the *Debtors' Amended Motion Pursuant to 11 U.S.C. §§ 105, 363, 365, 503 and 507 for (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Related Notices and Relief, and (II) Order Approving (A) Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (B) Assumption, Assignment, and Sale of Executory Contracts and Unexpired Leases under*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

*Bankruptcy Code Sections 363 and 365, and (C) Related Relief* [Docket No. 82] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware.  Attached to the Motion as **Exhibit C** was a form of Back-up Bid Agreement.

PLEASE TAKE FURTHER NOTICE that, attached hereto as **Exhibit A** is a fully executed and complete Back-up Bid Agreement.

Dated:    February 8, 2016
         Wilmington, Delaware

*/s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Rachel L. Biblo (No. 6012)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
Michael S. Neumeister (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA  90071-2899
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407

Jennifer Taylor
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8922
Facsimile:  (415) 984-8701

Proposed Attorneys for the
Debtors and Debtors in Possession