# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re: : Chapter 11
:
HANCOCK FABRICS, INC., *et al.*,[1] : Case No. 16-10296 (BLS)
:
Debtors. :
: Jointly Administered
: **Re:  Docket No. 235**
---------------------------------------------------------------x

### NOTICE OF AUCTION TO BE HELD ON MARCH 29, 2016 AT 9:30 A.M. (ET)

PLEASE TAKE NOTICE that, on February 24, 2016, the United States Bankruptcy Court for the District of Delaware entered the *Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Related Notices and Relief* [Docket No. 235] (the "**Bid Procedures Order**")[2], which, *inter alia*, (i) established March 24, 2016 at 5:00 p.m. (prevailing Eastern Time) (the "**Bid Deadline**") as the deadline for submitting Qualified Bids for the sale of all or substantially all of the above-captioned debtors' (collectively, the "**Debtors**") assets; and (ii) scheduled the Auction in the event that the Debtors receive any Qualified Bids, other than the Back-up Bid Agreement, on or before the Bid Deadline.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bid Procedures Order, the Debtors received one or more Qualified Bids, other than the Back-up Bid Agreement, on or before the Bid Deadline.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563).  The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] Capitalized terms use but not defined herein shall have the meanings afforded to them in the Bid Procedures Order.

RLF1 14175664v.1
OMM_US:74957878.1

PLEASE TAKE FURTHER NOTICE that, in accordance with the Bid Procedures Order, the Auction will go forward beginning at **9:30 a.m. (prevailing Eastern Time)** on **March 29, 2016** at the offices of Richards, Layton & Finger, P.A., One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

**PLEASE TAKE FURTHER NOTICE THAT NONE OF THE QUALIFIED BIDS RECEIVED BY THE DEBTORS, INCLUDING THE BACK-UP BID AGREEMENT, CONTEMPLATE THE ASSUMPTION AND ASSIGNMENT OF ANY EXECUTORY CONTRACTS OR UNEXPIRED LEASES. ACCORDINGLY, THE DEBTORS WILL NOT BE SEEKING TO ASSUME AND ASSIGN ANY EXECUTORY CONTRACTS OR UNEXPIRED LEASES TO THE SUCCESSFUL BIDDER AT THE SALE HEARING AND ALL ASSUMPTION RELATED SALE OBJECTIONS (INCLUDING ANY ADEQUATE ASSURANCE OR CURE AMOUNT OBJECTIONS) ARE RENDERED MOOT FOR PURPOSES OF THE MARCH 31, 2016 HEARING.**

Dated: March 24, 2016
Wilmington, Delaware

                                   */s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Rachel L. Biblo (No. 6012)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
Michael S. Neumeister (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8922
Facsimile: (415) 984-8701

Attorneys for the Debtors and Debtors in Possession