IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
HANCOCK FABRICS, INC., *et al.*,[1] : Case No. 16-10296 (BLS)
: 
Debtors. : Jointly Administered
: **Sale Hearing Date: March 31, 2016 at 10:00 a.m. (ET)**
-------------------------------------------------------------- x

## NOTICE OF SUCCESSFUL BIDDER

1. PLEASE TAKE NOTICE that, on February 4, 2016, the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"),[2] filed the *Debtors' Amended Motion Pursuant to 11 U.S.C. Sections 105, 363, 365, 503 and 507 for (I) Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of Executory Contracts and Unexpired Leases, and (C) Related Notices and Relief, and (II) Order Approving (A) Sale of Substantially all Assets Free and Clear of all Liens, Claims, Encumbrances, and Other Interests, (B) Assumption, Assignment, and Sale of Executory Contracts and Unexpired Leases under Bankruptcy Code Sections 363 and 365, and (C) Related Relief* [Docket No. 82] (the "**Sale Motion**"), seeking to sell certain of their assets through a sale pursuant to section 363 of the Bankruptcy Code (the "**Sale**").

2. PLEASE TAKE FURTHER NOTICE that, on February 24, 2016, the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") entered the *Order Approving (A) Bid Procedures, (B) Procedures for Assumption and Assignment of*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwyn, MS 38824.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the bidding procedures included as Exhibit 1 to the Bidding Procedures Order (defined below).

2

*Executory Contracts and Unexpired Leases, and (C) Related Notices and Relief* [Docket No. 235] (the "**Bidding Procedures Order**"). Pursuant to the Bidding Procedures Order, the Debtors held an Auction on March 29, 2016 at the office of Richards, Layton & Finger, P.A.

3. PLEASE TAKE FURTHER NOTICE that the Debtors, in consultation with the Committee and counsel to the Secured Lenders, have determined that the Successful Bidder[3] with respect to the Purchased Assets is:

> Great American Group, LLC.

4. PLEASE TAKE FURTHER NOTICE that the Debtors, in consultation with the Committee and counsel to the Secured Lenders, have determined that the Secondary Bidder with respect to the Purchased Assets is:

> a contractual joint venture comprised of Hilco Merchant Resources, LLC and Gordon Brothers Retail Partners, LLC.

5. The Debtors will seek approval from the Bankruptcy Court of the Sale at the Sale Hearing, which is scheduled to commence on March 31, 2016 at 10:00 a.m. (prevailing Eastern Time).

---

[3] An Agency Agreement reflecting the terms of the Successful Bid will be filed as soon as practicable.

Dated: Wilmington, Delaware
March 29, 2016

*/s/ Rachel L. Biblo*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Rachel L. Biblo (No. 6012)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

**O'MELVENY & MYERS LLP**
Stephen H. Warren (admitted *pro hac vice*)
Karen Rinehart (admitted *pro hac vice*)
Michael S. Neumeister (admitted *pro hac vice*)
400 South Hope Street
Los Angeles, CA 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Jennifer Taylor (admitted *pro hac vice*)
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8922
Facsimile: (415) 984-8701

Attorneys for the Debtors and Debtors in Possession