### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| HANCOCK FABRICS, INC., *et al.*[1], ) | |
| ) | Case No. **16-10296 (BLS)** |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Obj. Deadline: Mar. 31, 2017 at 4:00 p.m. |

### EIGHTH MONTHLY FEE APPLICATION OF
### FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
### OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
### SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
### THE PERIOD JANUARY 1, 2017 THROUGH JANUARY 31, 2017

| | |
|---|---|
| Name of Applicant: | FTI Consulting, Inc. |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | March 29, 2016 (Effective February 10, 2016) |
| Period for which compensation and reimbursement are sought: | January 1, 2017 through January 31, 2017 |
| Amount of compensation sought as actual, reasonable, and necessary: | $4,639.50 |
| Amount of expense reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is an:   _X_ monthly ___ interim ___ final application

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com, Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563). The Debtors' corporate headquarters is located at One Fashion Way, Baldwin, MS 38824.

## Summary of Prior Monthly Applications

| Date Filed | Application Period | Requested | | Paid | | Outstanding | |
|---|---|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses | Fees | Expenses |
| 5/23/2016 [Dk. #0645] | 2/10/2016 - 4/30/2016 | $309,063.00 | $1,803.91 | $309,063.00 | $1,803.91 | $ - | $ - |
| 7/13/2016 [Dk. #0883] | 5/1/2016 - 5/31/2016 | $17,338.50 | $22.56 | $17,338.50 | $22.56 | $ - | $ - |
| 7/25/2016 [Dk. #0915] | 6/1/2016 - 6/30/2016 | $27,637.50 | $108.29 | $27,637.50 | $108.29 | $ - | $ - |
| 8/18/2016 [Dk. #0991] | 7/1/2016 - 7/31/2016 | $11,831.50 | $ - | $11,831.50 | $ - | $ - | $ - |
| 8/18/2016 [Dk. #1088] | 8/1/2016 - 8/31/2016 | $31,221.50 | $ - | $24,977.20 | $ - | $6,244.30 | $ - |
| 12/14/2016 [Dk. #1329] | 9/1/2016 - 11/30/2016 | $32,166.00 | $ - | $ - | $ - | $32,166.00 | $ - |
| 3/10/2017 [Dk. TBD] | 12/1/2016 - 12/31/2016 | $20,684.00 | $22.78 | $ - | $ - | $20,684.00 | $22.78 |
| Total Amounts | | $449,942.00 | $1,957.54 | $390,847.70 | $1,934.76 | $59,094.30 | $22.78 |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | Chapter 11 |
| **HANCOCK FABRICS, INC.,** *et al.,* | ) | |
| | ) | Case No. **16-10296 (BLS)** |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | |
| | ) | **Obj. Deadline: Mar. 31, 2017 at 4:00 p.m.** |

**EIGHTH MONTHLY FEE APPLICATION OF
FTI CONSULTING, INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD JANUARY 1, 2017 THROUGH JANUARY 31, 2017**

This eighth monthly fee application for compensation and reimbursement of expenses (the "Fee Application") is filed by FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI") requesting payment for services rendered and reimbursement of costs expended as financial advisor for the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors (the "Debtors" or the "Company") for the period of January 1, 2017 through January 31, 2017 (the "Application Period"). In support of this Fee Application, FTI respectfully states as follows:

**Jurisdiction**

1. The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334. This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2). Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

**Background**

2. On February 2, 2016 (the "Petition Date"), the Debtors filed voluntary petitions with this Court under chapter 11 of the Bankruptcy Code. The Debtors are operating their business as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

1

No request for the appointment of a trustee or examiner has been made in these chapter 11 cases.

3.      On February 10, 2016 (the "Formation Meeting"), the Office of the United States Trustee appointed the Committee pursuant to section 1102 of the Bankruptcy Code.  The Committee consists of the following seven members:

(a) Pension Benefit Guaranty Corporation;

(b) Rowdee, LLC d/b/a Westlake Associates;

(c) DDR Corp.;

(d) Myletex International, Inc.;

(e) Coats & Clark;

(f) Sykel; and

(g) Fabric Editions & Jaftex Corp.

At the Formation Meeting, the Committee selected Hahn & Hessen LLP as its lead counsel, and FTI Consulting, Inc. as its financial advisor. On February 11, 2016, the Committee selected Klehr Harrison Harvey Branzburg LLP to serve as its Delaware counsel.

4.      On March 10, 2016, FTI filed its retention application. On March 29, 2016 the Court entered an order approving the retention of FTI as financial advisor to the Committee effective as of February 10, 2016 (the "Retention Order") [Docket No. 429].

<u>Relief Requested</u>

5.      FTI submits this Fee Application pursuant to sections 330 and 331 of the Bankruptcy Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals (the "Administrative Order") [Docket No. 263], Del. Bankr. LR 2016-2 and the Retention Order.  By this Fee Application, FTI seeks interim allowance of compensation for actual and necessary professional services rendered in the amount of $3,711.60 for the Application Period (80% of total fees of $4,639.50), and seeks the allowance and

2

payment of 100% of its actual and necessary expenses in the amount of $0.00, in accordance with the terms of the Administrative Order.

## Summary of Fees

6. The total number of hours expended by FTI professionals and paraprofessionals in performing professional services for the Committee during the Application Period was 7.5 hours. Pursuant to the Retention Order, FTI is entitled to monthly compensation for its services provided to the Committee at its current hourly rates, plus reimbursement of necessary out of pocket expenses.

7. Services rendered by each professional and paraprofessional during the Application Period, and a summary of the time incurred by task followed by detailed time entries, is attached hereto as **Exhibit A, Exhibit B,** and **Exhibit C.**

## Actual and Necessary Costs and Expenses Incurred

8. Reimbursement of expenses in the amount of $0.00 is sought herein. FTI reserves the right to request, in subsequent fee applications, reimbursement of any additional expenses incurred during the Application Period, as such expenses may not have been captured in FTI's billing system on the date of filing this Fee Application.

## Compliance with the Bankruptcy Code, the Bankruptcy Rules and Local Rules

9. In accordance with Del. Bankr. LR 2016-2, a summary schedule of hours and fees for each professional, and a summary of hours and fees categorized by project code are attached. The undersigned submits that this Fee Application complies with Del. Bankr. LR 2016-2 and the Retention Order.

10. FTI submits that the services rendered and expenses incurred were actual and necessary and that the compensation sought is reasonable and in accordance with the standards of the Bankruptcy Code and Bankruptcy Rules.

3

11.     No agreement or understanding exists between FTI and any other entity (other than shareholders or employees of FTI) for the sharing of compensation received or to be received for services rendered in or in connection with these cases.

### Notice

As required by the Administrative Order, a copy of this Fee Application has been served upon: (a) Hancock Fabrics, Inc.; (b) counsel for the Debtors, O'Melveny & Myers LLP; (c) local counsel to the Debtors', Richards, Layton & Finger P.A.; (d) counsel to the Agent under the prepetition credit facility, Choate, Hall & Stewart LLP; (e) counsel to the trustee under the indenture for the Floating Rate Series A. Secured Notes due 2017, Emmet, Marvin & Martin, LLP; (f) counsel to the Term Agent under the prepetition credit facility, Paul Hastings LLP; (f) counsel to certain secured noteholders, K&L Gates; (g) the Office of the Unites States Trustee; and (h) counsel to the Committee of Unsecured Creditors, Hahn & Hessen LLP.  Notice of this Fee Application was served upon all parties requesting notice pursuant to Bankruptcy Rule 2002.

WHEREFORE, FTI respectfully requests an award of compensation for professional services rendered as financial advisor to the Committee during the Application Period in the amount of $3,711.60 (80% of total fees of $4,639.50), together with the reimbursement of expenses in the amount of $0.00 pursuant to the Administrative Order; and such other and further relief that the Court deems just and proper.

Dated: March 10, 2017

FTI CONSULTING, INC

By: _____
Conor P. Tully
Three Times Square
New York, NY 10036
Telephone: 212-841-9335
E-mail: conor.tully@fticonsulting.com

Financial Advisors to the Official
Committee of Unsecured Creditors of
Hancock Fabrics, Inc.

4

<u>**VERIFICATION PURSUANT TO DEL. BANKR.LR. 2016-2(f) AND 28 U.S.C. §1746(2)**</u>

I, Conor P. Tully, verify as follows:

1.      I am a Senior Managing Director with FTI Consulting, Inc. (together with its wholly owned subsidiaries, agents, independent contractors and employees, "FTI"). FTI has rendered professional services to the Official Committee of Unsecured Creditors (the "Committee") in this Chapter 11 case.

2.      I have read the foregoing application of FTI for compensation and reimbursement of expenses (the "Fee Application"). To the best of my knowledge, information and belief formed upon the basis of my participation in this case, as well as after reasonable inquiry, the facts set forth in the foregoing Fee Application are true and correct and materially comply with the applicable orders, rules, guidelines and requirements as set forth by the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, Del.Bankr.LR 2016-2, and the Executive Office for the United States Trustee.

Dated: March 10, 2017

FTI CONSULTING, INC

By: _____
Conor P. Tully
Three Times Square
New York, NY 10036
Telephone: 212-841-9335
E-mail: conor.tully@fticonsulting.com


Financial Advisors to the Official
Committee of Unsecured Creditors of
Hancock Fabrics, Inc.