**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| HANCOCK FABRICS, INC., *et al.*, | ) | Case No. 16-10296 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SIXTEENTH MONTHLY FEE  APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS DELAWARE CO-COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM MAY 1, 2017 THROUGH MAY 31, 2017**

| | |
|---|---|
| Name of Applicant: | Klehr Harrison Harvey Branzburg LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors |
| Date of Retention: | *nunc pro tunc* to February 11, 2016 |
| Period for which compensation and reimbursement is sought: | May 1, 2017 through May 31, 2017 |
| Amount of Compensation sought as actual, reasonable and necessary: | $7,259.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $125.40 |
| This is a(n): | ✓ Monthly ___Interim ___ Final application |

This is the Sixteenth fee application filed in this case.

---

[1]    The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com., Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563).

Prior Applications:

| Docket No./Filed | Compensation Period | 100% Fees | 100% Expenses | Total |
|---|---|---|---|---|
| DI No. 450;<br>Filed 3/31/2016 | 2/11/2016-2/29/2016 | $17,856.00 | $187.70 | $18,043.70 |
| DI No. 559;<br>Filed 4/26/2016 | 3/1/2016-3/31/2016 | $16,437.00 | $2,599.75 | $19,036.75 |
| DI No. 646<br>Filed 5/23/2016 | 4/1/2016-4/30/2016 | $6,017.50 | $150.60 | $6,167.60 |
| DI No. 764<br>Filed 6/23/2016 | 5/1/2016-5/31/2016 | $5,063.00 | $40.50 | $5,103.50 |
| DI No. 934<br>Filed 7/28/2016 | 6/1/2016-6/30/2016 | $5,001.00 | $30.00 | $5,031.00 |
| DI No. 997<br>Filed 8/22/2016 | 7/1/2016-7/31/2016 | $4,310.00 | $13.60 | $4,323.60 |
| DI No. 1093<br>Filed 9/26/2016 | 8/1/2016-8/31/2016 | $8,875.00 | $68.14 | $8,943.14 |
| DI No. 1185<br>Filed 10/28/2016 | 9/1/2016-9/30/2016 | $4,295.50 | $20.90 | $4,316.40 |
| DI No. 1251<br>Filed 11/21/2016 | 10/1/2016-10/31/2016 | $2,272.00 | $115.00 | $2,387.00 |
| DI No. 1357<br>Filed 12/27/2016 | 11/1/2016-11/30/2016 | $3,064.00 | $29.60 | $3,093.60 |
| DI No. 1413<br>Filed 1/27/2017 | 12/1/2016-12/31/2016 | $4,607.50 | $0.00 | $4,607.50 |
| DI No. 1465<br>Filed 2/24/2017 | 1/1/2017-1/31/2017 | $3,512.50 | $137.10 | $3,649.60 |
| DI No. 1542<br>Filed 3/24/2017 | 2/1/2017-2/28/2017 | $3,313.50 | $39.20 | 3,352.70 |
| DI No. 1597<br>Filed 4/27/2017 | 3/1/2017-3/31/2017 | $7,383.50 | $84.00 | $7,467.50 |
| DI No. 1658<br>Filed 5/24/2017 | 4/1/2017-4/30/2017 | $3,324.50 | $67.20 | $3,391.70 |

## TIME AND COMPENSATION BREAKDOWN

| NAME OF PROFESSIONAL PERSON | POSITION/ NUMBER OF YEARS | HOURLY BILLING RATE[1] | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|
| Domenic E. Pacitti | Partner-Admitted to Bar 1987; Joined firm 2007 | $625.00 | 3.00 | $1,875.00 |
| Sally E. Veghte | Associate-Admitted to Bar 2005; Joined firm 2009 | $325.00 | 15.30 | $4,972.50 |
| Melissa K. Hughes | Paralegal | $200.00 | 1.30 | $260.00 |
| Chadd P. Fitzgerald | Paralegal | $190.00 | 0.80 | $152.00 |
| **TOTALS** | | | **20.40** | **$7,259.50** |
| **BLENDED RATE** | | | | **$355.86** |

---

[1]    The rate represents the regular hourly rate for each attorney and paraprofessional who rendered legal services.  All hourly rates are adjusted by Klehr Harrison on a periodic basis (the last such adjustment occurred on January 1, 2017).

PHIL1 6305724v.1

## COMPENSATION BY PROJECT CATEGORY

| PROJECT CATEGORY | TASK CODES | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Case Administration | CS | 3.80 | $1,194.50 |
| Employment and Fee Applications | EF | 3.90 | $1,157.50 |
| Plan and Disclosure Statement | PD | 12.70 | $4,907.50 |
| **TOTAL** | | **20.40** | **$7,259.50** |

## EXPENSE SUMMARY

| EXPENSE CATEGORY | SERVICE PROVIDER | TOTAL COMPENSATION |
|---|---|---|
| Photocopying | In-House | $23.40 |
| Court Reporter Services | | $60.00 |
| Special Copy | Parcels, Inc. | $42.00 |
| **TOTAL** | | **$125.40** |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| HANCOCK FABRICS, INC., *et al.*, | ) | Case No. 16-10296 (BLS) |
| | ) | |
| Debtors.[1] | ) | Jointly Administered |
| | ) | |

**SIXTEENTH MONTHLY FEE  APPLICATION OF KLEHR HARRISON**
**HARVEY BRANZBURG LLP FOR PAYMENT OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES AS DELAWARE CO-COUNSEL**
**TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
**FOR THE PERIOD FROM MAY 1, 2017 THROUGH MAY 31, 2017**

Klehr Harrison Harvey Branzburg LLP ("Klehr Harrison"), Delaware co-counsel to the

Official Committee of Unsecured Creditors (the "Committee") of Hancock Fabrics, Inc., *et al.*,

hereby submits its Sixteenth Monthly Fee Application (the "Application") for entry of an order

pursuant to sections 330 and 331 of title 11 of the United States Code, 11 U.S.C. §§101 et seq, as

amended (the "Bankruptcy Code") granting it interim compensation and reimbursement of

expenses for the period from May 1, 2017 through May 31, 2017.  In support hereof, Klehr

Harrison respectfully represents as follows:

**I.  JURISDICTION, VENUE AND STATUTORY**
**PREDICATES FOR RELIEF SOUGHT**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §1334.

This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A) and (B).  Venue of this

proceeding and this Application is proper in this District pursuant to 28 U.S.C. §§1408 and 1409.

---

[1] The Debtors in these cases, along with the last four digits of each Debtors' federal tax identification number, are Hancock Fabrics, Inc. (0905), Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com., Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563).

The statutory predicate for the relief sought herein is sections 330 and 331 of the Bankruptcy Code.

## II.  BACKGROUND

2.      On February 2, 2016 (the "Petition Date"), the Debtors each filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors have continued in the management of its businesses and operation of its properties pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3.      On February 11, 2016, the United States Trustee held a meeting to appoint the Committee pursuant to section 1102 of the Bankruptcy Code.  On February 11, 2016, the Committee selected Hahn & Hessen LLP to serve as counsel to the Committee and Klehr Harrison Harvey Branzburg LLP to serve as Delaware co-counsel to the Committee.

4.      On March 1, 2016, the Court entered the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. No. 263] (the "Administrative Order").

5.      On March 29, 2016, this Court entered an Order [Docket No. 430] approving the retention of Klehr Harrison as co-counsel to the Committee, *nunc pro tunc* to February 11, 2016. A true and correct copy of the retention order is attached hereto as Exhibit "A".

6.      Klehr Harrison has continuously rendered services on behalf of the Committee for the period from May 1, 2017 through May 31, 2017 (the "Compensation Period"), totaling 20.40 hours of professional time.

7.      Attached hereto as Exhibit "B" is a full and detailed statement describing the professional services rendered by each Klehr Harrison attorney and paraprofessional during the Compensation Period.

8.      The total sum due to Klehr Harrison for professional services rendered on behalf of the Committee for the Compensation Period is $7,259.50.  Klehr Harrison submits that the professional services it rendered on behalf of the Committee during this time were reasonable and necessary.

9.      Klehr Harrison also expended costs on behalf of the Committee in the sum of $125.40 during the Compensation period.  Attached hereto as Exhibit "C" is an itemized list of expenses incurred during the compensation period.  In accordance with Local Bankruptcy Rule 2016-2(e)(iii), the line designated "Photocopying" represents in-house copying based on a cost of $0.10 per page.

10.     Klehr Harrison accordingly seeks allowance of the sum of $7,259.50 in fees and $125.40 in expenses, for a total of $7,384.90.

11.     The undersigned hereby attests that he has reviewed the requirements of Local Rule 2016-1 and this Application conforms to such requirements.

WHEREFORE, Klehr Harrison hereby requests:  (i) interim allowance of compensation for necessary and valuable professional services rendered to the Committee in the sum of $7,259.50 and reimbursement of actual and necessary expenses incurred in the sum of $125.40 for the period from May 1, 2017 through May 31, 2017; (ii) payment in the total amount of $5,933.00, representing 80% of the total fees ($5,807.60) billed and 100% of the expenses ($125.40) incurred during the Application Period, as provided under the Interim Compensation Order; (iii) authorization to the Debtors to pay the amounts requested; and (iv) such other relief as this Court deems just and proper.

PHIL1 6305724v.1

Dated:  June 27, 2017  
Wilmington, Delaware

*/s/ Domenic E. Pacitti*

Domenic E. Pacitti (DE Bar No. 3989)  
Sally E. Veghte (DE Bar No. 4762)  
**KLEHR HARRISON HARVEY BRANZBURG LLP**  
919 N. Market Street, Suite 1000  
Wilmington, Delaware 19801  
Telephone:  (302) 426-1189  
Facsimile:  (302) 426-9193  
Email:  dpacitti@klehr.com  
       sveghte@klehr.com

-and-

**HAHN & HESSEN LLP**  
Mark S. Indelicato  
Mark T. Power  
Janine M. Figueiredo  
488 Madison Avenue  
New York, New York 10022  
Telephone:  (212) 478-7200  
Facsimile:  (212) 478-7400  
Email:  mindelicato@hahnhessen.com  
       mpower@hahnhessen.com  
       jfigueiredo@hahnhessen.com

*Co-Counsel to the Official Committee of Unsecured Creditors of Hancock Fabrics, Inc., et al.*

PHIL1 6305724v.1