**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                       Chapter __11__

                                              Case No. __16__-__10296__ (__BLS__)

Debtor: Hancock Fabrics, Inc. et al

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Brigette G. McGrath of ASK LLP__ to represent __Hancock Fabrics, Inc.__ in this action.

                                                      /s/ Natasha Songonuga

                                     Firm Name: Gibbons P.C.
                                     Address: 300 Delaware Avenue, Suite 1015
                                                      Wilmington, DE 19801-1058
                                     Phone: (302)518-6300
                                     Email: nsongonuga@gibbonslaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                                      /s/ Brigette G. McGrath

                                     Firm Name: ASK LLP
                                     Address: 151 W 46th Street, 4th Fl.
                                                      New York, NY 10036
                                     Phone: (212) 209-1562
                                     Email: bmcgrath@askllp.com

**ORDER GRANTING MOTION**

      IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.