**UNITED STATES BANKRUPTCYCOURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:  Chapter  11

Case No.  16 - 10296  ( BLS )

Debtor:  Hancock Fabrics, Inc. et al

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Joseph L. Steinfeld, Jr. of ASK LLP

to represent  Hancock Fabrics, Inc.

in this action.

/s/ Natasha Songonuga

Firm Name: Gibbons P.C.
Address: 300 Delaware Avenue, Suite 1015
Wilmington, DE 19801-1058
Phone: (302) 518-6300
Email: nsongonuga@gibbonslaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Minnesota  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 3/25/14. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Joseph L. Steinfeld, Jr.

Firm Name: ASK LLP
Address: 2600 Eagan Woods Drive, St 400
St. Paul, MN 55121
Phone: (651) 289-3850
Email: jsteinfeld@askllp.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105