UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: Hancock Fabrics, Inc., *et al.*

Case No. (Jointly Administered): 16-10296 (BLS)
Reporting Period: 30-Jun-18

## POST-CONFIRMATION QUARTERLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Post-Confirmation Quarterly Summary Report | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

By: *[signature]*
Signature of Authorized Individual

META Advisors LLC, not individually, but solely as
Responsible Person of Hancock Fabrics, Inc.
By: James D. Hunt, Its: Chief Operating Officer
Printed Name of Authorized Party

Date: 7/20/18

Responsible Person
Title

**In re: Hancock Fabrics, Inc., *et al.***

**Case No.** 16-10296 (BLS)
**Reporting Period** 30-Jun-2018

**Post-Confirmation Quarterly Summary Report**

**Time Period:** 04/01/18-06/30/18

|  | Amount |
|---|---|
| **Beginning Book Balance** | $2,097,857 |
| Cash Receipts | $277,093 * |
| **Total Cash Available** | $2,374,950 |
| **Disbursements** | |
| Disbursements Made Under the Plan | $323,920 |
| Professional Fee Disbursements | $0 |
| Other Disbursements | $168,123 |
| U.S. Trustee Fees | $24,603 |
| **Total Disbursements** | $ 516,646 |
| **Ending Book Balance** | $ 1,858,304 |
| Book-to-Bank Adjustments (uncleared checks) | $36,727 |
| **Ending Bank Balance** | $ 1,895,031 |

\* Comprises settlement collections ($206,204); returned retainer balances ($65,011);
   tax refunds ($3,893); utility refunds ($1,760); and restitution payments ($225).

**In re: Hancock Fabrics, Inc.,** *et al.*

**Case No.** 16-10296 (BLS)
**Reporting Period** 30-Jun-2018

### Schedule of Other Disbursements

**Time Period:** 04/01/18-06/30/18

| Other | Amount |
|---|---:|
| CT Corporation | $7,664 |
| Google | $75 |
| Kurtzman Carson Consultants Inc. | $94,998 |
| META Advisors LLC | $18,000 |
| Taxes Paid | $47,285 |
| Bank Fees | $101 |
| **Total** | **$168,123** |