**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| HANCOCK FABRICS, INC., *et al.* | : | Case No. 16-10296 (BLS) |
| | : | |
| Post-Effective Date Debtor. | : | Jointly Administered |
| | : | |
| | : | **Hr'g Date: January 29, 2020 at 11:00 a.m. (ET)**<br>**Obj. Deadline: January 22, 2020 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF HANCOCK FABRICS, INC. FOR ENTRY OF AN ORDER AND FINAL DECREE CLOSING ITS CHAPTER 11 CASE PURSUANT TO 11 U.S.C. §§ 105(a) AND 350(a) AND BANKRUPTCY RULE 3022**

**PLEASE TAKE NOTICE** that on January 8, 2020, Hancock Fabrics, Inc. (the "**Post-Effective Date Debtor**"), filed the *Motion of Hancock Fabrics, Inc. for Entry of an Order and Final Decree Closing Its Chapter 11 Case Pursuant to 11 U.S.C. §§ 105(a) and 350(a) and Bankruptcy Rule 3022* (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801 (the "**Bankruptcy Court**"), and be served upon and received by the undersigned counsel for the Post-Effective Date Debtor no later than **4:00 p.m. (prevailing Eastern Time) on January 22, 2020** (the "**Objection Deadline**").

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion, if required, will be held before The Honorable Brendan L. Shannon, United States Bankruptcy Judge, at the Bankruptcy Court, 824 North Market Street, 6th Floor, Courtroom 1, Wilmington, Delaware 19801 on **January 29, 2020 at 11:00 a.m. (Prevailing Eastern Time)**. Only those objections made in writing and timely filed and received in accordance with the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO RESPONSES OR OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED, AND RECEIVED BY THE OBJECTION DEADLINE IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE FINAL RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

Dated: January 8, 2020
Wilmington, Delaware

Respectfully submitted,

*/s/ Brett M. Haywood*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Michael J. Merchant (No. 3854)
Brett M. Haywood (No. 6166)
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 498-7701

- and -

**HAHN & HESSEN LLP**
Mark S. Indelicato
Janine M. Figueiredo
488 Madison Avenue
New York, New York 10022
(212) 478-7200

*Co-Counsel to the Post-Effective Date Debtor*