# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| HANCOCK FABRICS, INC., *et al*. | : | Case No. 16-10296 (BLS) |
| Post-Effective Date Debtor.[1] | : | Jointly Administered |
| | : | **Related to D.I. ____** |

**ORDER AND FINAL DECREE PURSUANT TO BANKRUPTCY CODE SECTIONS 105(a) AND 350(a) AND BANKRUPTCY RULE 3022 CLOSING THE CHAPTER 11 CASE OF HANCOCK FABRICS, INC.**

Upon the motion (the "**Motion**")[2] of the Hancock Fabrics, Inc. (the "**Post-Effective Date Debtor**") for the entry of a final decree closing the Post-Effective Date Debtor's chapter 11 case pursuant to sections 105(a) and 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, paragraph 32 of the Confirmation Order, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief

[1] The remaining debtor in these cases, along with the last four digits of its federal tax identification number, is Hancock Fabrics, Inc. (0905). The chapter 11 cases of Hancock Fabrics, LLC (9837), Hancock Fabrics of MI, Inc. (5878), hancockfabrics.com., Inc. (9698), HF Enterprises, Inc. (7249), HF Merchandising, Inc. (8522) and HF Resources, Inc. (9563) (the "**Closed Case Debtors**" and, together with the Post-Effective Date Debtor, collectively, the "**Debtors**") were closed by order entered on October 16, 2017 [Docket No. 1870].

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion or the Plan, as applicable.

granted herein; and any objections to the Motion having been resolved, withdrawn, or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is hereby GRANTED as set forth herein.

2. The chapter 11 case of Hancock Fabrics, Inc., Case No. 16-10296 (BLS), is hereby closed, and a final decree is granted, effective as of the date of this Order.

3. Within thirty (30) days after the entry of this Order, the Post-Effective Date Debtor shall (i) submit a post-confirmation quarterly report covering any previously unreported period of time following the Effective Date during which this chapter 11 case remained open and (ii) pay all fees that are due and owing pursuant to 28 U.S.C. § 1930 for such time period, to the extent not already paid.

4. The Post-Effective Date Debtor is not required to pay quarterly fees pursuant to 28 U.S.C. § 1930(a) after the date of the entry of this Order, and any fees that may be due and owing prior to the entry of this Order shall be paid as soon as reasonably practicable.

5. Pursuant to Local Rule 2002-1(f), except as otherwise set forth in this paragraph, the Responsible Person is relieved of any further obligations with respect to its role as Claims Agent and relieved of any and all noticing services effective immediately upon entry of this Order and Final Decree. In accordance with Local Rule 2002-1(f)(ix), and only to the extent not previously completed by Kurtzman Carson Consultants, LLC pursuant to the *Order Terminating Services of Kurtzman Carson Consultants, LLC as Claims, Notice and Balloting Agent* [Docket No. 1877], within twenty-eight days after the entry of this Order and Final Decree, the Responsible Person shall: (i) forward to the Clerk of the United States Bankruptcy Court for the District of Delaware (the "Clerk") an electronic version of all imaged claims; (ii) upload the creditor mailing

list into CM/ECF; (iii) docket a final claims register; and (iv) box and transport all original Claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

6. The Responsible Person's sale or abandonment of any remaining assets of the Post-Effective Date Debtor is approved.

7. Immediately upon entry of this Order and Final Decree, and without further order of this Court, the Responsible Person shall have fully discharged its respective duties with respect to the Plan and Post-Effective Date Debtor's estate, and shall be deemed discharged from its respective duties and obligations in the Debtors' chapter 11 cases, and the Responsible Person, and its respective members, professionals, consultants and/or employees shall be discharged and released from all liability related to the Post-Effective Date Debtor's estate, such that thereafter, no entity or governmental unit shall have any claim against the Responsible Person or its respective members, professionals, consultants and employees, or any of the Debtors' estates, except in the event of gross negligence or willful misconduct as determined by a court of competent jurisdiction.

8. This Order is without prejudice to any party's right to re-open this chapter 11 case.

9. The terms of this Order shall be immediately enforceable and effective upon its entry.

10. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.