# EXHIBIT 1

***In re Hancock Fabrics, Inc. et al.*,**
**Case No. 16-10296 (BLS)**
**Cumulative Professional Fees and Expenses**
**February 2, 2016 through and including July 28, 2017**

| Name of Professional | Professional Services Provided | Cumulative Fees | Cumulative Expenses | Total |
|---|---|---|---|---|
| Hahn & Hessen LLP | Lead Counsel to the Official Committee of Unsecured Creditors | $1,137,186.10 | $14,855.50 | $1,152,041.60 |
| FTI Consulting, Inc. | Financial Advisor to the Official Committee of Unsecured Creditors | $461,619.74 | $1,957.54 | $463,577.28 |
| Klehr Harrison Harvey Branzburg LLP | Delaware Counsel to the Official Committee of Unsecured Creditors | $107,929.09 | $3,794.09 | $111,723.18 |
| Clear Thinking Group LLC | Financial Advisor to the Debtors | $850,812.25 | $96,594.56 | $947,406.81 |
| O'Melveny & Myers LLP | Counsel to the Debtors | $5,646,494.25 | $44,136.68 | $5,690,630.93 |
| Richards, Layton & Finger, P.A. | Co-Counsel to the Debtors | $2,159,792.30 | $87,555.34 | $2,247,347.64 |
| Kurtzman Carson Consultants LLC | Administrative Advisor and Strategic Communications Consultant to the Debtors | $85,253.70 | $0.00 | $85,253.70 |
| Lincoln Partners Advisors, LLC | Investment Banker to the Debtors | $950,000.00 | $24,307.00 | $974,307.00 |
| **TOTAL** | | **$11,399,087.40** | **$273,200.71** | **$11,672,288.10** |