# EXHIBIT 2

## Summary of Distributions Under the Plan[1]

| PLAN CLASS | DESCRIPTION OF CLAIMS OR INTERESTS | SUMMARY OF DISTRIBUTIONS RECEIVED UNDER THE PLAN | AGGREGATE RECOVERY |
|---|---|---|---|
| N/A | Administrative Claims | Except as otherwise set forth in the Plan, each holder of an Allowed Administrative Claim received (a) Cash equal to the unpaid portion of such Allowed Administrative Claim or (b) such other treatment as to which the Debtors and the holder of such Allowed Administrative Claim agreed upon in writing. | **100%** |
| N/A | Priority Tax Claims | Each holder of an Allowed Priority Tax Claim received (a) Cash in an amount equal to the amount of such Allowed Priority Tax Claim or (b) such other treatment as to which the Responsible Person and the holder of such Allowed Priority Tax Claim agreed upon in writing. | **100%** |
| N/A | Professional Fee Claims | Each holder of a Professional Fee Claim received payment in full after entry of a Bankruptcy Court order approving such Fee Claims. | **100%** |
| 1 A-G | Other Priority Claims | Each holder of an Allowed Other Priority Claim received (a) Cash in an amount equal to the amount of such Allowed Other Priority Claim or (b) such other treatment as to which the Debtors and such Claimholder agreed upon in writing. | **100%** |
| 2 A-G | Wells Fargo Prepetition Claims | All Wells Fargo Prepetition Claims have been satisfied in full by the entry of the final DIP Order and the payment of any amounts required thereunder. | **100%** |
| 3 A-G | GACP Prepetition Claims | All GACP Prepetition Claims have been satisfied in full by the entry of the final DIP Order and the payment of any amounts required thereunder. | **100%** |
| 4 A-G | Noteholder Prepetition Claims | All Noteholder Prepetition Claims have been satisfied in full by the entry of the Cash Collateral Order and the payment of any amounts required thereunder. | **100%** |

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in *Debtors' Second Amended Joint Chapter 11 Plan of Liquidation* (the "Plan") or the Motion for Final Decree, as applicable. The information set forth in the above table is for convenience of reference only. Each Holder of a Claim or Interest should refer to the Plan for a full description of the classification and treatment of Claims and Interests provided under the Plan.

| PLAN CLASS | DESCRIPTION OF CLAIMS OR INTERESTS | SUMMARY OF DISTRIBUTIONS RECEIVED UNDER THE PLAN | AGGREGATE RECOVERY |
|---|---|---|---|
| 5 A-G | Other Secured Claims | Each holder of an Allowed Other Secured Claim received one or a combination of the following (a) Cash in an amount equal to the amount of such Allowed Other Secured Claim, (b) the collateral securing such Allowed Other Secured Claims or proceeds thereof, (c) the sale of the Collateral securing such Allowed Other Secured Claims, with the liens to attach to the proceeds of such sale, (d) realization of the indubitable equivalent on account of such Claims, (e) deferred cash payments totaling at least the allowed amount of such claim, of a value, as of the Effective Date, of at least the value of such holder's interest in the Estates' interest in such property, or (f) such other treatment as to which the Debtors and such Claimholder agreed upon in writing (including without limitation any settlement agreement previously approved by the Bankruptcy Court). | **100%** |
| 6 A-G | General Unsecured Claims | Each holder of a General Unsecured Claim received his, her or its Pro Rata Share of proceeds of the Available Assets. | **Not Less Than 1.0%**[2] |
| 7 A-G | Interests and Securities Subordinated Claims | All capital stock of the Debtors was cancelled on the Effective Date. Each holder of an Interest or Securities Subordinated Claim received nothing on account of such Interest or Claim. | **0%** |

2 If the Bankruptcy Court sustains all pending objections to claims and administrative expenses, as applicable, then it is anticipated that the aggregate recovery to holders of Allowed General Unsecured Claims in Class 6A-G will be not less than 1.0%. Accordingly, the Responsible Person reserves the right to revise and/or amend this Final Report.