**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

**In re: Hancock Fabrics, Inc., *et al.***

| | |
|---|---|
| **Case No. (Jointly Administered):** | **16-10296 (BLS)** |
| **Reporting Period:** | **24-Feb-20** |

## POST-CONFIRMATION QUARTERLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Post-Confirmation Quarterly Summary Report | | x | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

By: Dana P. Kane
Signature of Authorized Individual

META Advisors LLC, not individually, but solely as
Responsible Person of Hancock Fabrics, Inc.
By: Dana P. Kane, Its: Chief Compliance Officer
Printed Name of Authorized Party

3/04/2020
Date

Responsible Person
Title

**In re: Hancock Fabrics, Inc., *et al.***

| | |
|---|---|
| **Case No.** | 16-10296 (BLS) |
| **Reporting Period** | 24-Feb-2020 |

## Post-Confirmation Quarterly Summary Report

**Time Period:** 1/01/20-2/24/20

| | | **Amount** |
|---|---|---|
| **Beginning Book Balance** | $ | 2,276,181 |
| Release Of Funds By Third Party Escrow Agents | | 106,088 |
| Inter-Account Transfers | | $0 |
| Cash Receipts | | $0 |
| **Total Cash Available** | $ | 2,382,270 |
| **Disbursements** | | |
| Disbursements Made Under the Plan | $ | 210,234 |
| Professional Fee Disbursements | | 49,714 |
| Other Disbursements | | 8,552 |
| U.S. Trustee Fees | | 1,625 |
| **Total Disbursements** | $ | 270,125 |
| **Ending Book Balance** | $ | 2,112,144 |
| Book-to-Bank Adjustments (uncleared checks) | | 60,319 |
| **Ending Bank Balance** | $ | 2,172,464 |

**In re: Hancock Fabrics, Inc., *et al.***

| | |
|---|---|
| **Case No.** | 16-10296 (BLS) |
| **Reporting Period** | 24-Feb-2020 |

## Schedule of Professional Fee Disbursements

**Time Period:** 1/01/20-2/24/20

| **Professional** | | **Amount** |
|---|---|---|
| Clear Thinking Group | $ | 1,714 |
| SilverStone Group | $ | 48,000 |
| **Total** | **$** | **49,714** |

**In re: Hancock Fabrics, Inc.,** ***et al.***

| | |
|---|---|
| **Case No.** | 16-10296 (BLS) |
| **Reporting Period** | 24-Feb-2020 |

## Schedule of Other Disbursements

**Time Period:** 1/01/20-2/24/20

| **Other** | | **Amount** |
|---|---|---|
| CT Corporation System | $ | 2,267 |
| GoogleDrive Cloud Services | $ | 261 |
| META Advisors LLC | $ | 6,000 |
| Bank Fees | $ | 24 |
| **Total** | **$** | **8,552** |